IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-434 (CFC) |
| | ) | |
| ALVOGEN PINE BROOK LLC and<br>NATCO PHARMA LTD., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT CLAIM CONSTRUCTION CHART

Plaintiffs Pharmacyclics LLC and Janssen Biotech, Inc., (collectively, "Plaintiffs"); and Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd. (collectively, "Defendants"), hereby file this Final Joint Claim Construction Chart in accordance with the Court's Scheduling Order. D.I. 40 ¶ 15.

The chart addresses the claim construction positions of the parties regarding U.S. Patent Nos. 7,514,444 ("the '444 Patent"); 8,008,309 ("the '309 Patent"); 8,476,284 ("the '284 Patent"); 8,497,277 ("the '277 Patent"); 8,697,711 ("the '711 Patent"); 8,735,403 ("the '403 Patent"); 8,754,090 ("the '090 Patent"); 8,754,091 ("the '091 Patent"); 8,952,015 ("the '015 Patent"); 8,957,079 ("the '079 Patent"); 9,181,257 ("the '257 Patent"); 9,296,753 ("the '753 Patent"); 9,725,455 ("the '455 Patent"); 10,106,548 ("the '548 Patent"); 10,125,140 ("the '140 Patent");

9,655,857 ("the '857 Patent"); 10,010,507 ("the '507 Patent"); and 10,213,386 ("the '386 Patent") (collectively, the "Asserted Patents").

Attached as Appendix A is a table identifying the parties' proposed constructions and citations to the intrinsic evidence in support of their respective constructions of certain terms.

The parties reserve the right to rely on additional intrinsic evidence to the extent it is necessary to provide additional context or to rebut arguments made by other parties during the claim construction briefing. The parties further reserve the right to rely on any intrinsic evidence identified by any other party. The parties also reserve their rights to rely on extrinsic evidence. The parties reserve the right to update and/or supplement their proposed claim constructions with the *Markman* briefing in this case.

The parties intend to rely on the Asserted Patents, the specifications of the Asserted Patents, the claims of the Asserted Patents, the file histories of the Asserted Patents, and patents and applications to which the Asserted Patents claim priority, including any related patents or patent applications related to the Asserted Patents. Any citation to intrinsic evidence provided by the parties in support of their proposed claim constructions is intended as exemplary. The parties reserve the right to cite to analogous passages in other relevant Asserted Patents or prosecution histories. Any additional evidence or reference within or encompassed

by a particular citation is deemed incorporated by reference (e.g., references to a figure or table are incorporated by reference). The parties' citations to supporting evidence incorporate by reference the respective portions of any related patents for each of the passages from the specification cited herein. For example, a citation to any passage from the specification of the '444, '284, '277, '711, '403, '091, '015, '079, '257, or '309 Patent incorporates by reference the respective passages of the other patents. A citation to any passage from the specification of '753, '455, '548, or '140 Patent incorporates by reference the respective passages of the other patents. A citation to any passage from the specification of '857, '507, or '386 Patent incorporates by reference the respective passages of the other patents. Cited passages are intended to include all figures and tables referenced therein, whether referenced or not.

The parties understand that it is not the Court's typical practice to address indefiniteness at the claim construction stage. Attached as Appendix B is a table identifying the terms Defendants contend are indefinite and for which Defendants do not propose a construction. The parties do not plan to address the merits of Defendants' indefiniteness arguments for the terms in Appendix B in their Joint Claim Construction Brief or during the claim construction hearing in this matter, scheduled for January 13, 2020 (C.A. No. 19-434 (CFC), D.I. 40), unless instructed otherwise by the Court. Copies of the patents are attached, as below.

| Exhibit | Evidence |
|---|---|
| Exhibit A | U.S. Patent No. 9,725,455 |
| Exhibit B | U.S. Patent No. 9,296,753 |
| Exhibit C | U.S. Patent No. 7,514,444 |
| Exhibit D | U.S. Patent No. 8,008,309 |
| Exhibit E | U.S. Patent No. 8,476,284 |
| Exhibit F | U.S. Patent No. 8,697,711 |
| Exhibit G | U.S. Patent No. 8,957,079 |
| Exhibit H | U.S. Patent No. 9,181,257 |
| Exhibit I | U.S. Patent No. 8,497,277 |
| Exhibit J | U.S. Patent No. 8,735,403 |
| Exhibit K | U.S. Patent No. 8,754,091 |
| Exhibit L | U.S. Patent No. 8,952,015 |
| Exhibit M | U.S. Patent No. 8,754,090 |
| Exhibit N | U.S. Patent No. 10,106,548 |
| Exhibit O | U.S. Patent No. 10,125,140 |
| Exhibit P | U.S. Patent No. 9,655,857 |
| Exhibit Q | U.S. Patent No. 10,010,507 |
| Exhibit R | U.S. Patent No. 10,213,386 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan
_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Christopher N. Sipes
Erica N. Andersen
Brianne Bharkhda
Chanson Chang
Nicholas Evoy
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000

*Attorneys for Pharmacyclics LLC*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Melanie K. Sharp
_____
Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com

Siegmund Y. Gutman
David M. Hanna
Michelle M. Ovanesian*
Christopher D. Lynch
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
(310) 557-2900
*Admitted to Practice in Delaware Only

*Attorneys for Alvogen Pine Brook LLC & Natco Pharma Ltd.*

Irena Royzman
Marcus A. Colucci
Cristina Martinez
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

*Attorneys for Janssen Biotech, Inc.*

October 4, 2019

## APPENDIX A: DISPUTED CLAIM TERMS AND PROPOSED CONSTRUCTIONS

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| "compound" <br><br> * * * * * <br><br> '444 Patent: Claims 1–2, **5–6, 8** <br><br> '309 Patent: Claims 1, **10, 14** | **Proposed Construction:** <br><br> "a substance formed when two or more elements are chemically bonded together. These elements cannot be separated by physical means." (C.A. No. 18-192, D.I. 169, Transcript of May 20, 2019 Hearing) <br><br> **Intrinsic Evidence:** | **Proposed Construction:** <br><br> *The term is indefinite* <br><br> If the Court chooses to construe the term, it means "molecule (that is not a composition, formulation, derivative, salt, metabolite, solvate, prodrug, ester, acid, crystalline form ("also known as polymorph[]"), or N-oxide of the |

---

[1] Claims asserted against Defendants are emphasized in **bold**. Listed claims that are not in bold are those from which asserted claims depend.

[2] Plaintiffs incorporate by reference the corresponding portions of any related patents for each of the passages from a particular specification cited herein. For example, a citation to any passage from the specification of U.S. Patent Nos. 7,514,444 ("the '444 Patent"), 8,476,284 ("the '284 Patent"), 8,497,277 ("the '277 Patent"), 8,697,711 ("the '711 Patent"), 8,735,403 ("the '403 Patent"), 8,754,091 ("the '091 Patent"), 8,952,015 ("the '015 Patent"), 8,957,079 ("the '079 Patent"), 9,181,257 ("the '257 Patent"), 8,008,309 ("the '309 Patent") incorporates by reference the corresponding passages of the '444, '284, '277, '711, '403, '091, '015, '079, '257, and '309 Patents. A citation to any passage from the specification of U.S. Patent Nos. 9,296,753 ("the '753 Patent"), 9,725,455 ("the '455 Patent"), 10,125,140 ("the '140 Patent"), or 10,106,548 ("the '548 Patent") incorporates by reference the corresponding passages of the '753, '455, '140, and/or '548 Patents. A citation to any passage from specification of U.S. Patent Nos. 9,655,857 ("the '857 Patent"), 10,010,507 ("'507 Patent"), or 10,213,386 ("the '386 Patent") incorporates by reference the corresponding passages of the '857, '507, and/or '386 Patents. Cited passages are intended to include all figures and tables referenced therein.

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| '284 Patent: Claim **11**<br><br>'711 Patent: Claims **1–2**<br><br>'091 Patent: Claims 1, **20**<br><br>'079 Patent: Claims 1–5, **7**<br><br>'257 Patent: Claims 1, **2**–5, 8, **13** | The claims, specification, and prosecution history of the:<br><br>    o '444 Patent<br>    o '309 Patent<br>    o '284 Patent<br>    o '711 Patent<br>    o '079 Patent<br>    o '257 Patent<br>    o '857 Patent<br>    o '507 Patent<br><br>'444 Patent (Ex. C), 1:64–2:55, 3:45–51, 11:17–20, 11:48–12:4, 27:63–28:16, 29:40–35:31, 59:33–63, 60:7–49; corresponding passages in the '309 (Ex. D), '284 (Ex. E), '711 (Ex. F), '079 (Ex. G), and '257 (Ex. H) Patents; the claims of the '444 (Ex. C), '309 (Ex. D), '284 (Ex. E), '711 (Ex. F), '079 (Ex. G), and '257 (Ex. H) Patents.<br><br>'857 Patent (Ex. P), 1:50–2:40, 10:9–34, 10:58–62, 11:5–55, 24:31–26:2, 26:64–27:4, 30:8–34, 49:65–50:24, 72:30–55, | recited molecule)"<br><br>**Intrinsic Evidence:**<br><br>*E.g.,* '444 Patent (Ex. C) at 1:64-2:55; 4:12-19; 4:35-45; 4:61-5:3; 13:48-14:5; 23:26-52; 29:24-32:4; 33:1-55; 34:46-35:30; 54:64-55:6; 57:54-59:4; 59:28-63; 60:7-61:6; 62:34-49; 83:26-40; 107:18-23<br><br>*E.g.,* '309 Patent (Ex. D) at 2:4-62; 4:19-26; 4:42-52; 5:1-10; 13:54-14:11; 23:1-28; 28:66-31:67; 33:1-57; 34:46-35:29; 54:60-55:2; 57:47-58:64; 59:22-57; 60:1-67; 62:27-42; 83:9-25; 108:66-109:4<br><br>*E.g.,* '284 Patent (Ex. E) at 2:9-67; 4:23-30; 4:46-56; 5:5-5:14; 13:57-14:14; 23:10-37; 29:8-32:2; 32:66-33:54; 34:42-35:24; 54:61-55:3; 57:47-58:64; 59:22-57; 60:1-67; 62:27-42; 83:8-22; 106:52-57<br><br>*E.g.,* '711 Patent (Ex. F) at 2:29-3:18; 4:41-48; 4:64-5:7; 5:23-32; 14:6-30; 23:28-54; 29:29-32:6; 32:66-33:54; |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| | 76:21–30, and 76:58–59; corresponding passages in the '507 Patent (Ex. Q); the claims of the '857 (Ex. P) and '507 Patents (Ex. Q).<br><br>Intrinsic evidence cited/discussed in C.A. No. 18-192 D.I. 144, 148, and 169.<br><br>'444 Patent (Appl. No. 11/617,645) Prosecution History: Original Claims and Abstract (December 28, 2006); Requirement for Restriction/Election dated November 14, 2007; Response to Requirement for Restriction/Election dated December 14, 2007; Response to Office Action dated July 29, 2008; Final Rejection dated October 16, 2008; Response After Final Office Action dated November 21, 2008; Notice of Allowance dated February 9, 2009.<br><br>'753 Patent (Appl. No. 13/908,949) Prosecution History: Requirement for Restriction/Election dated January 28, | 34:42-35:28; 54:59-55:2; 57:46-58:64; 59:22-57; 60:1-67; 62:27-42; 83:8-22; 106:20-25<br><br>*E.g.*, '091 Patent (Ex. K) at 2:38-3:25; 4:49-56; 5:5-15; 5:32-41; 14:15-39; 23:39-65; 29:35-32:14; 33:1-56; 34:43-35:24; 54:59-55:2; 57:47-58:64; 59:22-57; 60:1-67; 62:27-42; 83:8-22; 106:7-12<br><br>*E.g.*, '079 Patent (Ex. G) at 2:26-3:16; 4:40-47; 4:63-5:6; 5:23-32; 14:6-30; 23:37-64; 29:47-32:35; 33:26-34:17; 35:6-55; 55:16-26; 58:14-59:31; 59:55-60:23; 60:34-61:33; 62:60-63:8; 83:34-48; 106:52-57<br><br>*E.g.*, '257 Patent (Ex. H) at 2:35-3:26; 4:49-56; 5:5-15; 5:31-40; 14:15-39; 23:37-64; 29:46-32:36; 33:28-34:16; 35:6-55; 55:44-53; 58:30-59:47; 60:4-39; 60:50-61:49; 63:10-25; 83:62-84:9; 106:66-107:4<br><br>*E.g.*, US 11/617,645 Application ("'645 Application") Prosecution History |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| | 2015 at 2-3; Response to Requirement for Restriction/Election dated March 30, 2015; Response to Non-Final Office Action dated August 24, 2015, at 8-25; Amended Claims dated August 24, 2015; Notice of Allowance dated November 17, 2015; and Interview Summary dated November 17, 2015.<br><br>'403 Patent (Appl. No. 13/249,066) Prosecution History: Response to Non-Final Office Action dated April 10, 2013, at 5-6; Final Rejection dated May 15, 2013, at 2-7; and Notice of Allowance dated January 15, 2014.<br><br>'439 Patent (Appl. No. 13/450,158) Prosecution History: Original Claims dated April 18, 2012; Response to Non-Final Office Action dated December 24, 2013, at 6; and Notice of Allowance dated January 31, 2014.<br><br>'470 Patent (Appl. No. 13/361,733) Prosecution History: Original Claims | (Patent No. 7,514,444): Non-Final Office Action dated January 24, 2008, at 3; Response to Non-Final Office Action dated February 6, 2008, at 2-3; Non-Final Office Action dated May 13, 2008, at 3<br><br>*E.g.*, US 13/908,949 Application ("'949 Application") Prosecution History (Patent No. 9,296,753): Response to Non-Final Office Action dated August 24, 2015, at 8-25<br><br>*E.g.*, US 13/249,066 Application ("'066 Application") Prosecution History (Patent No. 8,735,403): Non-Final Office Action dated November 27, 2012, at 2-7; Response to Non-Final Office Action dated April 10, 2013, at 6; Final Rejection dated May 15, 2013, at 3-6; Response to Advisory Action and Final Office Action dated November 15, 2013, at 2<br><br>*E.g.*, US 13/450,158 Application ("'158 Application") Prosecution History (Patent No. 8,748,439): Non-Final |

A4

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| | dated January 30, 2012; Response to Non-Final Office Action dated October 1, 2012, at 1-7; and Notice of Allowance dated November 14, 2012. '908 Patent (Appl. No. 13/340,556) Prosecution History: Amended Claims dated January 31, 2012; and Notice of Allowance dated January 31, 2014. Appl. No. 15/042,734 (abandoned) Prosecution History: Amended Claims dated September 30, 2016; and Non-Final Office Action dated November 7, 2016, at 3-18. | Office Action dated October 31, 2013, at 8-9; Response to Non-Final Office Action dated December 24, 2013, at 6 *E.g.*, US 13/361,733 Application ("'733 Application") Prosecution History (Patent No. 8,399,470): Non-Final Office Action dated July 6, 2012, at 2-8; Response to Non-Final Office Action dated October 1, 2012, at 3-4 *E.g.*, US 13/340,556 Application ("'556 Application") Prosecution History (Patent No. 8,741,908): Non-Final Office Action dated July 31, 2013, at 3-8; Response to Non-Final Office Action dated December 31, 2013, at 5-6 *E.g.*, US 15/042,734 Application ("'734 Application") Prosecution History (abandoned): Non-Final Office Action dated November 7, 2016, at 3-8 |
| "compound" * * * * * | **Proposed Construction:** "a substance formed when two or more elements are chemically bonded | **Proposed Construction:** "molecule (that is not a composition, formulation, derivative, salt, metabolite, |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| '857 Patent: Claims **1–4, 9–10, 16–24, 27–30, 36–37**<br><br>'507 Patent: Claims **1–3, 5–10, 13–17, 19–21, 23, 25–28** | together. These elements cannot be separated by physical means." (C.A. No. 18-192, D.I. 169, Transcript of May 20, 2019 Hearing)<br><br>**Intrinsic Evidence:**<br><br>The claims, specification, and prosecution history of the:<br><br>    o  '857 Patent<br>    o  '507 Patent<br><br>'857 Patent (Ex. P), 1:50–2:40, 10:9–34, 10:58–62, 11:5–55, 24:31–26:2, 26:64–27:4, 30:8–34, 49:65–50:24, 72:30–55, 76:21–30, and 76:58–59; corresponding passages in the '507 Patent (Ex. Q); the claims of the '857 (Ex. P) and '507 Patents (Ex. Q).<br><br>Intrinsic evidence cited/discussed in C.A. No. 18-192 D.I. 144, 148, and 169.<br><br>'444 Patent (Appl. No. 11/617,645) | solvate, prodrug, [ester], [acid], crystalline form, ["also known as polymorph[]"], or N-oxide of the recited molecule)"<br><br>**Intrinsic Evidence:**<br><br>*E.g.*, '857 Patent (Ex. P) at 10:47-57; 10:63-11:4; 11:19-55; 24:31-32; 24:66-25:62; 26:64-27:4; 29:47-54; 70:15-28<br><br>*E.g.*, '507 Patent (Ex. Q) at 10:57-67; 11:6-14; 11:29-65; 24:42-43; 25:20-26:17; 27:20-27; 30:3-11; 70:50-62<br><br>*E.g.*, '645 Application Prosecution History (Patent No. 7,514,444): Non-Final Office Action dated January 24, 2008, at 3; Response to Non-Final Office Action dated February 6, 2008, at 2-3; Non-Final Office Action dated May 13, 2008, at 3<br><br>*E.g.*, '949 Application Prosecution History (Patent No. 9,296,753): Response to Non-Final Office Action dated August 24, 2015, at 8-25 |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| | Prosecution History: Original Claims and Abstract (December 28, 2006); Requirement for Restriction/Election dated November 14, 2007; Response to Requirement for Restriction/Election dated December 14, 2007; Response to Office Action dated July 29, 2008; Final Rejection dated October 16, 2008; Response After Final Office Action dated November 21, 2008; Notice of Allowance dated February 9, 2009. | *E.g.*, '066 Application Prosecution History (Patent No. 8,735,403): Non-Final Office Action dated November 27, 2012, at 2-7; Response to Non-Final Office Action dated April 10, 2013, at 6; Final Rejection dated May 15, 2013, at 3-6; Response to Advisory Action and Final Office Action dated November 15, 2013, at 2 |
| | '753 Patent (Appl. No. 13/908,949) Prosecution History: Requirement for Restriction/Election dated January 28, 2015 at 2-3; Response to Requirement for Restriction/Election dated March 30, 2015; Response to Non-Final Office Action dated August 24, 2015, at 8-25; Amended Claims dated August 24, 2015; Notice of Allowance dated November 17, 2015; and Interview Summary dated November 17, 2015. | *E.g.*, '158 Application Prosecution History (Patent No. 8,748,439): Non-Final Office Action dated October 31, 2013, at 8-9; Response to Non-Final Office Action dated December 24, 2013, at 6 |
| | | *E.g.*, '733 Application Prosecution History (Patent No. 8,399,470): Non-Final Office Action dated July 6, 2012, at 2-8; Response to Non-Final Office Action dated October 1, 2012, at 3-4 |
| | '403 Patent (Appl. No. 13/249,066) Prosecution History: Response to Non- | *E.g.*, '556 Application Prosecution History (Patent No. 8,741,908): Non-Final Office Action dated July 31, 2013, at 3-8; Response to Non-Final Office |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| | Final Office Action dated April 10, 2013, at 5-6; Final Rejection dated May 15, 2013, at 2-7; and Notice of Allowance dated January 15, 2014.<br><br>'439 Patent (Appl. No. 13/450,158) Prosecution History: Original Claims dated April 18, 2012; Response to Non-Final Office Action dated December 24, 2013, at 6; and Notice of Allowance dated January 31, 2014.<br><br>'470 Patent (Appl. No. 13/361,733) Prosecution History: Original Claims dated January 30, 2012; Response to Non-Final Office Action dated October 1, 2012, at 1-7; and Notice of Allowance dated November 14, 2012.<br><br>'908 Patent (Appl. No. 13/340,556) Prosecution History: Amended Claims dated January 31, 2012; and Notice of Allowance dated January 31, 2014.<br><br>Appl. No. 15/042,734 (abandoned) Prosecution History: Amended Claims | Action dated December 31, 2013, at 5-6<br><br>*E.g.*, '734 Application Prosecution History (abandoned): Non-Final Office Action dated November 7, 2016, at 3-8 |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| | dated September 30, 2016; and Non-Final Office Action dated November 7, 2016, at 3-18. | |
| "the structure [ . . . ]  ; or | **Proposed Construction:**<br><br>No construction necessary/plain and ordinary meaning.<br><br>**Intrinsic Evidence:**<br><br>The claims, specification, and prosecution history of the:<br><br>   o '444 Patent<br>   o '309 Patent<br>   o '284 Patent<br>   o '711 Patent<br>   o '277 Patent<br>   o '403 Patent<br>   o '091 Patent<br>   o '015 Patent<br>   o '090 Patent<br>   o '079 Patent<br>   o '257 Patent<br>   o '857 Patent | **Proposed Construction:**<br><br>"the structure shown (that is not a composition, formulation, derivative, salt, metabolite, solvate, prodrug, [ester], [acid], crystalline form, ["also known as polymorph[]"], or N-oxide of the recited molecule)"<br><br>**Intrinsic Evidence:**<br><br>*E.g.,* '277 Patent (Ex. I) at 2:6-62; 4:34-41; 4:57-67; 5:16-25; 13:66-14:24; 23:33-59; 29:30-32:6; 33:1-55; 34:40-35:22; 54:62-55:4; 57:47-58:64; 59:22-57; 60:1-67; 62:27-42; 83:8-22; 106:13-18<br><br>*E.g.,* '091 Patent (Ex. K) at 2:38-3:25; 4:49-56; 5:5-15; 5:32-41; 14:15-39; 23:39-65; 29:35-32:14; 33:1-55; 34:43-35:24; 54:59-55:2; 57:47-58:64; 59:22-57; 60:1-67; 62:27-42; 83:8-22; 106:7-13 |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| <br><br>]"<br><br>* * * * *<br><br>'277 Patent: Claims **7–8, 11**<br>'403 Patent: Claims 1–**2**<br>'091 Patent: Claims 1, **20–21**<br>'015 Patent: Claim **17**<br>'090 Patent: Claims 1–**2**<br>'857 Patent: Claims **1–4, 9–10, 16–24**, 25–26, **27–30, 36–37** | o '507 Patent<br><br>'444 Patent (Ex. C), 1:64–2:55, 7:1–5, 8:45–63, 12:33–36, 13:2–4; 13:18–19, 14:7-9, 14:24–25, 14:50–52, 15:33–34, 16:36–38, 18:18–20, 29:37–39, 36:25–51:37, 57:26–32, 59:5–10, 95:18–97:33; corresponding passages in the '277 (Ex. I), '403 (Ex. J); '091 (Ex. K), and '015 (Ex. L) Patents; the claims of the '277 (Ex. I), '403 (Ex. J); '091 (Ex. K), and '015 (Ex. L) Patents.<br><br>'090 Patent (Ex. M), 4:15–58, 12:32–19:56, 45:57–60, 46:4–79:23, and 85:40–51; the claims of the '090 Patent.<br><br>'857 Patent (Ex. P), 1:50–2:40, 10:9–34, 24:40–65, 30:8–34, 49:65–50:24, and 72:30–55; the claims of the '857 Patent.<br><br>'403 Patent (Appl. No. 13/249,066) Prosecution History: Response to Non- | *E.g.,* '015 Patent (Ex. L) at 2:12-3:03; 4:27-34; 4:50-60; 5:9-18; 13:61-14:19; 23:22-48; 29:19-31:67; 33:1-57; 34:46-35:29; 54:64-55:6; 57:54-59:4; 59:28-63; 60:7-61:6; 62:33-48; 83:20-34; 108:66-109:4<br><br>*E.g.,* '090 patent (Ex. M) at 4:15-58; 13:57-14:14; 26:3-29; 45:57-49:46; 50:13-51:7; 52:1-53:32; 54:20-56:29; 56:48-58:60; 60:1-46; 61:23-63:3; 84:23-85:39; 85:63-67; 86:1-31; 86:42-87:41; 126:46-61; 130:45-50<br><br>*E.g.,* '857 Patent (Ex. P) at 10:47-57; 10:63-11:4; 11:19-55; 24:31-32; 24:66-25:62; 26:64-27:4; 29:47-54; 70:15-28<br><br>*E.g.,* '645 Application Prosecution History (Patent No. 7,514,444): Non-Final Office Action dated January 24, 2008, at 3; Response to Non-Final Office Action dated February 6, 2008, at 2-3; Non-Final Office Action dated May 13, 2008, at 3<br><br>*E.g.,* US 13/340,522 Application ("'522 Application") Prosecution History (Patent No. 8,754,090): Non-Final |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| | Final Office Action dated December 23, 2013; January 15, 2014 Notice of Allowance.<br><br>'444 Patent (Appl. No. 11/617,645) Prosecution History: Original Claims and Abstract (December 28, 2006); Requirement for Restriction/Election dated November 14, 2007; Response to Requirement for Restriction/Election dated December 14, 2007; Response to Office Action dated July 29, 2008; Final Rejection dated October 16, 2008; Response After Final Office Action dated November 21, 2008; Notice of Allowance dated February 9, 2009.<br><br>'753 Patent (Appl. No. 13/908,949) Prosecution History: Requirement for Restriction/Election dated January 28, 2015 at 2-3; Response to Requirement for Restriction/Election dated March 30, 2015; Response to Non-Final Office Action dated August 24, 2015, at 8-25; Amended Claims dated August 24, | Office Action dated March 13, 2013, at 5-11; Response to Non-Final Office Action dated September 9, 2013, at 3, 7<br><br>*E.g.,* '949 Application Prosecution History (Patent No. 9,296,753): Response to Non-Final Office Action dated August 24, 2015, at 8-25<br><br>*E.g.,* '066 Application Prosecution History (Patent No. 8,735,403): Non-Final Office Action dated November 27, 2012, at 2-7; Response to Non-Final Office Action dated April 10, 2013, at 6; Final Rejection dated May 15, 2013, at 3-6; Response to Advisory Action and Final Office Action dated November 15, 2013, at 2<br><br>*E.g.,* '158 Application Prosecution History (Patent No. 8,748,439): Non-Final Office Action dated October 31, 2013, at 8-9; Response to Non-Final Office Action dated December 24, 2013, at 6<br><br>*E.g.,* '733 Application Prosecution History (Patent No. 8,399,470): Non- |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| | 2015; Notice of Allowance dated November 17, 2015; and Interview Summary dated November 17, 2015.<br><br>'403 Patent (Appl. No. 13/249,066) Prosecution History: Response to Non-Final Office Action dated April 10, 2013, at 5-6; Final Rejection dated May 15, 2013, at 2-7; and Notice of Allowance dated January 15, 2014.<br><br>'439 Patent (Appl. No. 13/450,158) Prosecution History: Original Claims dated April 18, 2012; Response to Non-Final Office Action dated December 24, 2013, at 6; and Notice of Allowance dated January 31, 2014.<br><br>'470 Patent (Appl. No. 13/361,733) Prosecution History: Original Claims dated January 30, 2012; Response to Non-Final Office Action dated October 1, 2012, at 1-7; and Notice of Allowance dated November 14, 2012.<br><br>'908 Patent (Appl. No. 13/340,556) | Final Office Action dated July 6, 2012, at 2-8; Response to Non-Final Office Action dated October 1, 2012, at 3-4<br><br>*E.g.,* '556 Application Prosecution History (Patent No. 8,741,908): Non-Final Office Action dated July 31, 2013, at 3-8; Response to Non-Final Office Action dated December 31, 2013, at 5-6<br><br>*E.g.,* '734 Application Prosecution History (abandoned): Non-Final Office Action dated November 7, 2016, at 3-8<br><br>*E.g.,* US 13/472,292 Application ("'292 Application") Prosecution History (Patent No. 8,691,546): Response to Non-Final Office Action dated August 8, 2013, at 3-5<br><br>*E.g.,* US 12/499,002 Application ("'002 Application") Prosecution History (Patent No. 8,501,751): Response to Non-Final Office Action dated October 30, 2012, at 2-7<br><br>*E.g.,* US 13/340,409 Application ("'409 Application") Prosecution History |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| | Prosecution History: Amended Claims dated January 31, 2012; and Notice of Allowance dated January 31, 2014.<br><br>Appl. No. 15/042,734 (abandoned) Prosecution History: Amended Claims dated September 30, 2016; and Non-Final Office Action dated November 7, 2016, at 3-18. | (Patent No. 8,748,438): Response to Non-Final Office Action dated October 8, 2013, at 3-7<br><br>*E.g.,* US 13/335,719 Application ("'719 Application") Prosecution History (Patent No. 8,735,404): Applicant-Initiated Interview Summary dated September 26, 2013, at Paper No. 20130925; Response to Non-Final Office Action dated October 8, 2013, at 3-6<br><br>*E.g.,* US 13/361,726 Application ("'726 Application") Prosecution History (Patent No. 8,658,653): Response to Non-Final Office Action dated August 6, 2013, at 3-6<br><br>*E.g.,* US 13/526,163 Application ("'163 Application") Prosecution History (Patent No. 8,552,010): Applicant-Initiated Interview Summary dated July 29, 2013, at Paper No. 20130725; Amendment After Final dated July 26, 2013, at 2-5 |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| "1-((R)-3-(4-amino-3-(4-phenoxyphenyl)-1H-pyrazolo[3,4-d]pyrimidin-1-yl)piperidin-1-yl)prop-2-en-1-one" <br><br> * * * * * <br><br> '444 Patent: Claim **5** <br> '309 Patent: Claims 1, **10, 14** <br> '455 Patent: Claim **1** <br> '753 Patent: Claims **1–15, 17** <br> '548 Patent: Claims **1–30** <br> '140 Patent: Claims **1–4** | **Proposed Construction:** <br> No construction necessary/plain and ordinary meaning. <br> **Intrinsic Evidence:** <br> The claims, specification, and prosecution history of the: <br><br> o '444 Patent <br> o '309 Patent <br> o '455 Patent <br> o '753 Patent <br> o '548 Patent <br> o '140 Patent <br><br> '444 Patent (Ex. C), 1:64–2:55, 7:1–5, 8:45–63, 12:33–36, 13:2–4; 13:18–19, 14:7-9, 14:24–25, 14:50–52, 15:33–34, 16:36–38, 18:18–20, 29:37–39, 36:25–51:37, 57:26–32, 59:5–10, 95:18–97:33; corresponding passages in '309 Patent (Ex. D); the claims of the '444 (Ex. C) and '309 (Ex. D) Patents. | **Proposed Construction:** <br> "the molecule: <br><br>  <br><br> (excluding compositions, formulations, derivatives, salts, metabolites, solvates, prodrugs, [esters], acids, crystalline forms ("also known as polymorphs"), and N-oxides thereof)" <br> **Intrinsic Evidence:** <br> *E.g.*, '444 Patent (Ex. C) at 1:64-2:55; 4:12-19; 4:35-45; 4:61-5:3; 13:48-14:5; 23:26-52; 29:24-32:4; 33:1-55; 34:46-35:30; 54:64-55:6; 57:54-59:4; 59:28-63; 60:7-61:6; 62:34-49; 83:26-40; 95:19-97:32; 107:18-23 |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| | '548 Patent (Ex. N), 1:52–2:13, 29:20–2:45; corresponding passages in '455 (Ex. A), '753 (Ex. B), and '140 (Ex. O) Patents; the claims of the '455 (Ex. A), '753 (Ex. B), '548 (Ex. N) and '140 (Ex. O) Patents.<br><br>'444 Patent (Appl. No. 11/617,645) Prosecution History: Original Claims and Abstract (December 28, 2006); Requirement for Restriction/Election dated November 14, 2007; Response to Requirement for Restriction/Election dated December 14, 2007; Response to Office Action dated July 29, 2008; Final Rejection dated October 16, 2008; Response After Final Office Action dated November 21, 2008; Notice of Allowance dated February 9, 2009.<br><br>'753 Patent (Appl. No. 13/908,949) Prosecution History: Requirement for Restriction/Election dated January 28, 2015 at 2-3; Response to Requirement for Restriction/Election dated March 30, | *E.g.*, '309 Patent (Ex. D) at 2:4-62; 4:19-26; 4:42-52; 5:1-10; 13:54-14:11; 23:1-28; 28:66-31:67; 33:1-57; 34:46-35:29; 54:60-55:2; 57:47-58:64; 59:22-57; 60:1-67; 62:27-42; 83:9-25; 95:1-97:4; 108:66-109:4<br><br>*E.g.*, '455 Patent (Ex. A) at Abstract; 1:19-26; 1:45-53; 1:57-9:12; 9:40-12:44; 13:11-21; 16:8-60; 28:59-60; 29:1-36:19; 42:5-20; 42:55-60; 43:3-11; 51:55-52:12; 64:37-66:40; 72:60-73:34<br><br>*E.g.*, '753 Patent (Ex. B) at 1:14-21; 1:40-48; 1:52-2:33; 1:37-7:44; 10:5-37; 12:66-13:8; 15:58-16:7; 16:29-41; 28:25-26; 28:34-29:59; 35:37-41; 40:63-41:31; 50:58-51:3; 63:28-65:31; 72:41-73:28<br><br>*E.g.*, '548 Patent (Ex. N) at Abstract, 1:26-33; 1:52-60; 1:64-9:27; 9:55-12:61; 13:28-38; 16:24-17:9; 29:10-11; 29:20-36:34; 42:17-33; 43:1-6; 43:16-24; 52:1-25; 64:50-66:50 73:60-74:34<br><br>*E.g.*, '140 Patent (Ex. O) at Abstract, |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| | 2015; Response to Non-Final Office Action dated August 24, 2015, at 8-25; Amended Claims dated August 24, 2015; Notice of Allowance dated November 17, 2015; and Interview Summary dated November 17, 2015.<br><br>'403 Patent (Appl. No. 13/249,066) Prosecution History: Response to Non-Final Office Action dated April 10, 2013, at 5-6; Final Rejection dated May 15, 2013, at 2-7; and Notice of Allowance dated January 15, 2014.<br><br>'439 Patent (Appl. No. 13/450,158) Prosecution History: Original Claims dated April 18, 2012; Response to Non-Final Office Action dated December 24, 2013, at 6; and Notice of Allowance dated January 31, 2014.<br><br>'470 Patent (Appl. No. 13/361,733) Prosecution History: Original Claims dated January 30, 2012; Response to Non-Final Office Action dated October | 1:24-31; 1:50-58; 1:62-9:12; 9:38-12:41; 13:8-18; 16:6-59; 28:59-60; 29:1-36:10; 41:62-42:11; 42:46-51; 42:61-43:2; 51:45-52:2; 64:30-66:30; 72:52-73:27<br><br>*E.g.*, '857 Patent (Ex. P) at 1:14-22; 1:41-49; 1:53-2:5; 2:14-40; 10:9-34; 10:47-57; 10:63-11:55; 24:31-32; 24:39-26:62; 29:22-31; 29:47-54; 30:8-32; 49:65-50:20; 70:15-28; 72:30-54<br><br>*E.g.*, '507 Patent (Ex. Q) at 1:20-28; 1:47-55; 1:59-2:12; 2:21-46; 10:19-44; 10:57-67; 11:6-65; 24:42-43; 24:52-26:18; 29:45-54; 30:3-10; 30:32-55; 50:22-45; 70:50-62; 72:65-73:20<br><br>*E.g.*, '386 Patent (Ex. R) at 1:23-31; 1:50-58; 1:62-2:14; 2:23-47; 10:19-43; 10:57-67; 11:6-65; 24:51-52; 24:60-26:18; 29:45-54; 30:3-10; 30:32-55; 50:22-45; 70:50-62; 72:66-73:20<br><br>*E.g.*, '645 Application Prosecution History (Patent No. 7,514,444): Non-Final Office Action dated January 24, |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| | 1, 2012, at 1-7; and Notice of Allowance dated November 14, 2012.<br><br>'908 Patent (Appl. No. 13/340,556) Prosecution History: Amended Claims dated January 31, 2012; and Notice of Allowance dated January 31, 2014.<br><br>Appl. No. 15/042,734 (abandoned) Prosecution History: Amended Claims dated September 30, 2016; and Non-Final Office Action dated November 7, 2016, at 3-18. | 2008, at 3; Response to Non-Final Office Action dated February 6 2008, at 2-3; Non-Final Office Action dated May 13, 2008, at 3<br><br>*E.g.*, '522 Application Prosecution History (Patent No. 8,754,090): Non-Final Office Action dated March 13, 2013, at 5-11; Response to Non-Final Office Action dated September 9, 2013, at 3, 7<br><br>*E.g.*, '949 Application Prosecution History (Patent No. 9,296,753): Response to Non-Final Office Action dated August 24, 2015, at 8-25<br><br>*E.g.*, '066 Application Prosecution History (Patent No. 8,735,403): Non-Final Office Action dated November 27, 2012, at 2-7; Response to Non-Final Office Action dated April 10, 2013, at 6; Final Rejection dated May 15, 2013, at 3-6; Response to Advisory Action and Final Office Action dated November 15, 2013, at 2 |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| | | *E.g.*, '158 Application Prosecution History (Patent No. 8,748,439): Non-Final Office Action dated October 31, 2013, at 8-9; Response to Non-Final Office Action dated December 24, 2013, at 6 |
| | | *E.g.*, '733 Application Prosecution History (Patent No. 8,399,470): Non-Final Office Action dated July 6, 2012, at 2-8; Response to Non-Final Office Action dated October 1, 2012, at 3-4 |
| | | *E.g.*, '556 Application Prosecution History (Patent No. 8,741,908): Non-Final Office Action dated July 31, 2013 at 3-8; Response to Non-Final Office Action dated December 31, 2013, at 5-6 |
| | | *E.g.*, '734 Application Prosecution History (abandoned): Non-Final Office Action dated November 7, 2016, at 3-8 |
| "ibrutinib"  * * * * * | **Proposed Construction:** No construction necessary/plain and ordinary meaning. | **Proposed Construction:** "the molecule: |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| '857 Patent: Claims **1–4, 9–10, 16–24, 27–30, 36–37**<br>'507 Patent: Claims **1–3, 5–10, 13–17, 19–21, 23, 25–28**<br>'386 Patent: Claims **1, 2**, 3, **4–23** | **Intrinsic Evidence:**<br><br>The claims, specification, and prosecution history of the:<br><br> o '857 Patent<br> o '507 Patent<br> o '386 Patent<br><br>'857 Patent (Ex. P), 1:41–2:40, 10:9–34, 24:40–25:17, 30:9–34, 72:31–55; corresponding passages in the '507 (Ex Q) and '386 (Ex. R) Patents; the claims of the '857 (Ex. P), '507 (Ex Q), and '386 (Ex. R) Patents. | <br><br>(excluding compositions, formulations, derivatives, salts, metabolites, solvates, prodrugs, [esters], acids, crystalline forms ("also known as polymorphs"), and N-oxides thereof")<br><br>**Intrinsic Evidence:**<br><br>*E.g.*, '444 Patent (Ex. C) at 1:64-2:55; 4:12-19; 4:35-45; 4:61-5:3; 13:48-14:5; 23:26-52; 29:24-32:4; 33:1-55; 34:46-35:30; 54:64-55:6; 57:54-59:4; 59:28-63; 60:7-61:6; 62:34-49; 83:26-40; 95:19-97:32; 107:18-23<br><br>*E.g.*, '309 Patent (Ex. D) at 2:4-62; 4:19-26; 4:42-52; 5:1-10; 13:54-14:11; |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| | | 23:1-28; 28:66-31:67; 33:1-57; 34:46-35:29; 54:60-55:2; 57:47-58:64; 59:22-57; 60:1-67; 62:27-42; 83:9-25; 95:1-97:4; 108:66-109:4 |
| | | *E.g.*, '455 Patent (Ex. A) at Abstract; 1:19-26; 1:45-53; 1:57-9:12; 9:40-12:44; 13:11-21; 16:8-60; 28:59-60; 29:1-36:19; 42:5-20; 42:55-60; 43:3-11; 51:55-52:12; 64:37-66:40; 72:60-73:34 |
| | | *E.g.*, '753 Patent (Ex. B) at 1:14-21; 1:40-48; 1:52-2:33; 1:37-7:44; 10:5-37; 12:66-13:8; 15:58-16:7; 16:29-41; 28:25-26; 28:34-29:59; 35:37-41; 40:63-41:31; 50:58-51:3; 63:28-65:31; 72:41-73:28 |
| | | *E.g.*, '548 Patent (Ex. N) at Abstract, 1:26-33; 1:52-60; 1:64-9:27; 9:55-12:61; 13:28-38; 16:24-17:9; 29:10-11; 29:20-36:34; 42:17-33; 43:1-6; 43:16-24; 52:1-25; 64:50-66:50 73:60-74:34 |
| | | *E.g.*, '140 Patent (Ex. O) at Abstract, 1:24-31; 1:50-58; 1:62-9:12; 9:38-12:41; 13:8-18; 16:6-59; 28:59-60; |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| | | 29:1-36:10; 41:62-42:11; 42:46-51; 42:61-43:2; 51:45-52:2; 64:30-66:30; 72:52-73:27 |
| | | *E.g.*, '857 Patent (Ex. P) at 1:14-22; 1:41-49; 1:53-2:5; 2:14-40; 10:9-34; 10:47-57; 10:63-11:55; 24:31-32; 24:39-26:62; 29:22-31; 29:47-54; 30:8-32; 49:65-50:20; 70:15-28; 72:30-54 |
| | | *E.g.*, '507 Patent (Ex. Q) at 1:20-28; 1:47-55; 1:59-2:12; 2:21-46; 10:19-44; 10:57-67; 11:6-65; 24:42-43; 24:52-26:18; 29:45-54; 30:3-10; 30:32-55; 50:22-45; 70:50-62; 72:65-73:20 |
| | | *E.g.*, '386 Patent (Ex. R) at 1:23-31; 1:50-58; 1:62-2:14; 2:23-47; 10:19-43; 10:57-67; 11:6-65; 24:51-52; 24:60-26:18; 29:45-54; 30:3-10; 30:32-55; 50:22-45; 70:50-62; 72:66-73:20 |
| | | *E.g.*, '645 Application Prosecution History (Patent No. 7,514,444): Non-Final Office Action dated January 24, 2008, at 3; Response to Non-Final Office Action dated February 6 2008, at |

A21

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| | | 2-3; Non-Final Office Action dated May 13, 2008, at 3 |
| | | *E.g.*, '522 Application Prosecution History (Patent No. 8,754,090): Non-Final Office Action dated March 13, 2013, at 5-11; Response to Non-Final Office Action dated September 9, 2013, at 3, 7 |
| | | *E.g.*, '949 Application Prosecution History (Patent No. 9,296,753): Response to Non-Final Office Action dated August 24, 2015, at 8-25 |
| | | *E.g.*, '066 Application Prosecution History (Patent No. 8,735,403): Non-Final Office Action dated November 27, 2012, at 2-7; Response to Non-Final Office Action dated April 10, 2013, at 6; Final Rejection dated May 15, 2013, at 3-6; Response to Advisory Action and Final Office Action dated November 15, 2013, at 2 |
| | | *E.g.*, '158 Application Prosecution History (Patent No. 8,748,439): Non- |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| | | Final Office Action dated October 31, 2013, at 8-9; Response to Non-Final Office Action dated December 24, 2013, at 6 |
| | | *E.g.*, '733 Application Prosecution History (Patent No. 8,399,470): Non-Final Office Action dated July 6, 2012, at 2-8; Response to Non-Final Office Action dated October 1, 2012, at 3-4 |
| | | *E.g.*, '556 Application Prosecution History (Patent No. 8,741,908): Non-Final Office Action dated July 31, 2013 at 3-8; Response to Non-Final Office Action dated December 31, 2013, at 5-6 |
| | | *E.g.*, '734 Application Prosecution History (abandoned): Non-Final Office Action dated November 7, 2016, at 3-8 |
| "crystalline form"<br><br>* * * * *<br><br>'455 Patent: Claims **1–13**<br>'753 Patent: Claims **1–15,** | **Proposed Construction:**<br><br>No construction necessary/plain and ordinary meaning. Not limited to a particular crystalline form. (C.A. No. 18-192, D.I. 169, Transcript of May 20, | **Proposed Construction:**<br><br>"crystalline form (excluding solvates, salts, and compositions of the recited molecule)"<br><br>**Intrinsic Evidence:** |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| 17<br>'548 Patent: Claims **1–30**<br>'140 Patent: Claims **1–4** | 2019 Hearing)<br><br>**Intrinsic Evidence:**<br><br>The claims, specification, and prosecution history of the:<br><br>    o  '455 Patent<br>    o  '753 Patent<br>    o  '548 Patent<br>    o  '140 Patent<br><br>'548 Patent (Ex. N), 1:52–2:11, 2:26–29, 2:36–49, 2:50–7:67, 9:18–27, 9:55–13:5, 13:44–53, 16:41–62, 29:20–47,30:34–45, 30:54–36:34, 37:37–52, 42:51–53, 64:50–73:22, 73:60–74:35, 74:45–60, 75:3–20; corresponding passages in the '455 (Ex. A), '753 (Ex. B), and '140 (Ex. O) Patents; the claims of the '455 (Ex. A), '753 (Ex. B), '548 (Ex. BB) and '140 (Ex. O) Patents..<br><br>Intrinsic evidence cited/discussed in C.A. No. 18-192 D.I. 144, 148, and 169. | *E.g.*, '455 Patent (Ex. A) at Abstract; 1:19-26; 1:57-2:39; 2:43-7:26; 10:17-50; 13:11-21; 13:31-36; 16:8-60; 29:51-30:23; 30:32-36:19; 51:55-52:12; 64:38-66:40<br><br>*E.g.*, '753 Patent (Ex. B) at Abstract; 1:14-21; 1:52-2:33; 2:37-7:44; 10:5-37; 12:66-13:8; 15:58-16:41; 29:21-59; 30:1-35:41; 50:58-51:3; 63:28-65:31<br><br>*E.g.*, '548 Patent (Ex. N) at Abstract, 1:26-33; 1:64-2:46; 2:50-7:39; 10:32-65; 13:28-38; 13:48-53; 16:24-17:9; 30:6-45; 30:54-36:34; 52:1-25; 64:50-66:50<br><br>*E.g.*, '140 Patent (Ex. O) at Abstract, 1:24-31; 1:62-2:43; 2:47-7:27; 10:14-47; 13:8-18; 13:28-33; 16:6-59; 29:52-30:25; 30:34-36:10; 51:45-52:2; 64:30-66:30<br><br>*E.g.*, US 16/036,207 Application ("'207 Application") Prosecution History (pending): Non-Final Office Action dated March 8, 2019 at 3-4 |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| "pharmaceutical[ly] acceptable [ . . .] salt[s] thereof"<br><br>* * * * *<br><br>'444 Patent: Claims 1–2, **5–6, 8**<br>'309 Patent: Claims 1, **10, 14**<br>'015 Patent: Claim **17**<br>'079 Patent: Claims 1–5, **7**<br>'403 Patent: Claims 1–**2**<br>'091 Patent: Claims 1, **20**<br>'257 Patent: Claims 1, **2**–5, 8, **13** | **Proposed Construction:**<br>No construction necessary/plain and ordinary meaning.<br><br>In the alternative, Plaintiffs propose construing this term to mean: "salt[s] that has/[have] no persistent detrimental effect on the general health of the subject being treated or does/[do] not abrogate the biological activity or properties of the compound, and is/[are] relatively nontoxic"<br><br>**Intrinsic Evidence:**<br>The claims, specification, and prosecution history of the:<br><br>    o '444 Patent<br>    o '309 Patent<br>    o '015 Patent<br>    o '079 Patent<br>    o '403 Patent<br>    o '091 Patent | **Proposed Construction:**<br>*The term is indefinite*<br>If the Court chooses to construe the term, it means "a salt[s] 'having no persistent detrimental effect on the general health of the subject being treated, or does not / do not abrogate the biological activity or properties of the compound, and is relatively nontoxic' (excluding compositions, formulations, derivatives, metabolites, solvates, prodrugs, esters, acids, crystalline forms ("also known as polymorphs"), and N-oxides of the molecule recited in the respective claim)"<br><br>**Intrinsic Evidence:**<br>*E.g.,* '444 Patent (Ex. C) at 1:64-2:55; 4:12-19; 4:35-45; 4:61-5:3; 13:48-14:5; 23:26-52; 29:24-32:4; 33:1-55; 34:46-35:30; 54:64-55:6; 57:54-59:4; 59:28-63; 60:7-61:6; 62:34-49; 83:25-40; 107:14-24 |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| | o '257 Patent<br><br>'444 Patent (Ex. C), 20:13–18; *see also* '444 Patent (Ex. C), 1:64–2:55, 4:12–19, 14:35–45, 29:24–33, 54:64–55:5, 59:33–60:21; corresponding passages in the '309 (Ex. D), '079 (Ex. G), '403 (Ex. J); '091 (Ex. K), '015 (Ex. L), and '257 (Ex. H) Patents; the claims of the '444 (Ex. C), '309 (Ex. D), '079 (Ex. G), '403 (Ex. J); '091 (Ex. K), '015 (Ex. L), and '257 (Ex. H) Patents<br><br>'444 Patent (Appl. No. 11/617,645) Prosecution History: Original Claims and Abstract (December 28, 2006); Requirement for Restriction/Election dated November 14, 2007; Response to Requirement for Restriction/Election dated December 14, 2007; Response to Office Action dated July 29, 2008; Final Rejection dated October 16, 2008; Response After Final Office Action dated November 21, 2008; Notice of Allowance dated February 9, 2009. | *E.g.*, '309 Patent (Ex. D) at 2:4-62; 4:19-26; 4:42-52; 5:1-10; 13:54-14:11; 23:1-28; 28:66-33:57; 33:1-57; 34:46-35:29; 54:60-55:2; 57:47-58:64; 59:22-57; 60:1-67; 62:27-42; 83:9-25; 108:62-109:4<br><br>*E.g.*, '015 Patent (Ex. M) at 2:12-3:3; 4:27-34; 4:50-60; 5:9-19; 13:60-14:19; 23:22-48; 29:19-31:67; 33:1-57; 34:46-35:29; 54:64-55:6; 57:54-59:4; 59:28-63; 60:7-61 :6; 62:33-48; 83:20-34; 108:62-109:4<br><br>*E.g.*, '079 Patent (Ex. G) at 2:26-3:16; 4:40-47; 4:63-5:6; 5:23-32; 14:6-30; 23:37-64; 29:47-32:35; 33:26-34:17; 35:6-55; 55:16-26; 58:14-59:31; 59:55-60:23; 60:34-61:33; 62:60-63:8; 83:34-48; 106:48-57<br><br>*E.g.*, '403 Patent (Ex. J) at 2:12-3:3; 4:27-34 4:50-60; 5:9-19; 13:61-14:19; 23:26-52; 29:25-32:4; 32:65-33:54; 34:42-35:25; 54:60-55:2; 57:47-58:64; 59:22-57; 60:1-67; 62:27-42; 83:8-22; |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| | '753 Patent (Appl. No. 13/908,949) Prosecution History: Requirement for Restriction/Election dated January 28, 2015 at 2-3; Response to Requirement for Restriction/Election dated March 30, 2015; Response to Non-Final Office Action dated August 24, 2015, at 8-25; Amended Claims dated August 24, 2015 ; Notice of Allowance dated November 17, 2015; and Interview Summary dated November 17, 2015. '403 Patent (Appl. No. 13/249,066) Prosecution History: Response to Non-Final Office Action dated April 10, 2013, at 5-6; Final Rejection dated May 15, 2013, at 2-7; and Notice of Allowance dated January 15, 2014. '439 Patent (Appl. No. 13/450,158) Prosecution History: Original Claims dated April 18, 2012; Response to Non-Final Office Action dated December 24, 2013, at 6; and Notice of Allowance dated January 31, 2014. | 108:62-109:4 *E.g.*, '091 Patent (Ex. K) at 2:38-3:25; 4:49-5:5-15; 5:32-41 14:15-39; 23:39-29:35-32:14; 33:1 34:43-35:24; 54: 55:2· 57:47-58:64 59:22-57; 60:1-67; 62:27-42; 83:8-22; 106:3-12 *E.g.*, '257 Patent (Ex. H) at 2:35-3:26; 4:49-56; 5:5-15; 5:31-40; 14:15-39; 23:37-64; 29:46-32:36; 33:28-34:16; 35:6-55; 55:44-53; 58:30-59:47; 60:4-39; 60:50-61:49; 63:10-25; 83:62-84:9; 106:62-107:4 *E.g.*, '645 Application Prosecution History (U.S. Patent No. 7,514,444): Non-Final Office Action dated January 24, 2008, at 3; Response to Non-Final Office Action dated February 6, 2008 at 2-3; Non-Final Office Action dated May 13, 2008, at 3 *E.g.*, '949 Application Prosecution History (Patent No. 9,296,753): Response to Non-Final Office Action dated August 24, 2015, at 8-25 |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| | '470 Patent (Appl. No. 13/361,733) Prosecution History: Original Claims dated January 30, 2012; Response to Non-Final Office Action dated October 1, 2012, at 1-7; and Notice of Allowance dated November 14, 2012.<br><br>'908 Patent (Appl. No. 13/340,556) Prosecution History: Amended Claims dated January 31, 2012; and Notice of Allowance dated January 31, 2014.<br><br>Appl. No. 15/042,734 (abandoned) Prosecution History: Amended Claims dated September 30, 2016; and Non-Final Office Action dated November 7, 2016, at 3-18. | *E.g.*, '066 Application Prosecution History (Patent No. 8,735,403): Non-Final Office Action dated November 27, 2012, at 2-7; Response to Non-Final Office Action dated April 10, 2013, at 6; Final Rejection dated May 15, 2013, at 3-6; Response to Advisory Action and Final Office Action dated November 15, 2013, at 2<br><br>*E.g.*, '158 Application Prosecution History (Patent No. 8,748,439): Non-Final Office Action dated October 31, 2013, at 8-9; Response to Non-Final Office Action dated December 24, 2013, at 6<br><br>*E.g.*, '733 Application Prosecution History (Patent No. 8,399,470): Non-Final Office Action dated July 6, 2012, at 2-8; Response to Non-Final Office Action dated October 1, 2012, at 3-4<br><br>*E.g.*, '556 Application Prosecution History (Patent No. 8,741,908): Non-Final Office Action dated July 31, 2013, at 3-8; Response to Non-Final Office |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| | | Action dated December 31, 2013, at 5-6 *E.g.*, '734 Application Prosecution History (abandoned): Non-Final Office Action dated November 7, 2016, at 3-8 |
| "solid tablet formulation" * * * * * '857 Patent: Claims **27–28, 36–37** '507 Patent: Claims **1–3, 5– 10, 13–17, 19–21, 23, 25– 28** | **Proposed Construction:** No construction necessary/plain and ordinary meaning. **Intrinsic Evidence:** The claims, specification, and prosecution history of the: <br> o '857 Patent <br> o '507 Patent <br> o '386 Patent <br><br> '857 Patent (Ex. P), Fig. 3, 2:63–7:42, 29:10–12, 29:47–54, 45:32–37, 66:48–59, 72:56–67, 73:54–74:5, Examples 1–3; corresponding passages in the '507 Patent (Ex. Q); the claims of the '857 (Ex. P), '507 (Ex. Q), and '386 (Ex. R) Patents. | **Proposed Construction:** "solid tablet formulation that comprises more than 0% w/w ibrutinib" **Intrinsic Evidence:** *E.g.*, '857 Patent (Ex. P) at 29:10-12; 31:11-50 *E.g.*, '507 Patent (Ex. Q) at 29:33-35; 31:34-32:5 |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| "[X-ray powder diffraction (XRPD) pattern; Infrared (IR) Spectrum; DSC thermogram; or thermo-gravimetric analysis (TGA) thermograph] as [shown/the one set forth] in [FIG. 1; 2; 3; or 4, respectively]"<br><br>* * * * *<br><br>'753 Patent: Claim **1–15, 17** | **Proposed Construction:**<br><br>No construction necessary/plain and ordinary meaning. (C.A. No. 18-192, D.I. 169, Transcript of May 20, 2019 Hearing)<br><br>**Intrinsic Evidence:**<br>The claims, specification, and prosecution history of the:<br><br>    o '455 Patent<br>    o '753 Patent<br>    o '548 Patent<br>    o '140 Patent<br><br>'548 Patent (Ex. N), Figs. 1–4, 2:50–3:46, 17:34–39, 30:54–32:3, Examples 1, 2, 4, 5; corresponding passages in the '455 (Ex. A), '753 (Ex. B), and '140 (Ex. O) Patents; the claims of the '455 (Ex. A), '753 (Ex. B), '548 (Ex. N) and '140 (Ex. O) Patents.<br><br>'753 Patent (Ex. B), Figs. 1–4, 2:37–3:30, 16:63–17:4, 30:1–31:13, 65:33– | **Proposed Construction:**<br><br>"[X-ray powder diffraction (XRPD) pattern; Infrared (IR) Spectrum; DSC thermogram; or thermo-gravimetric analysis (TGA) thermograph] that is the same as shown in [FIG. 1; 2; 3; or 4, respectively]"<br><br>**Intrinsic Evidence:**<br><br>'753 Patent (Ex. B) at Fig. 1; 16:66-67; 30:1-5; 30:8-11; 30:56-62<br><br>*E.g.*, '949 Application Prosecution History (Patent No. 9,296,753): Non-Final Office Action dated June 11, 2015, at 3-4; Response to Non-Final Office Action dated August 24, 2015, at 4-5, 8. |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| | 66:21, Examples 1, 2, 4, 5. Intrinsic evidence cited/discussed in C.A. No. 18-192 D.I. 144, 148, and 169, including Original Claims and Abstract, including: Original Claims and Abstract, filed June 3, 2013 from the file history of U.S. Patent No. 9,296,753; March 30, 2015 Response to Restriction Requirement from the file history of U.S. Patent No. 9,296,753; June 11, 2015 Non-Final Rejection from the file history of U.S. Patent No. 9,296,753; Response to Non-Final Office Action dated August 24, 2015;  February 18, 2016 Notice of Allowance from the file history of U.S. Patent No. 9,296,753; February 18, 2016 Applicant Initiated Interview Summary from the file history of U.S. Patent No. 9,296,753; February 28, 2017 Certificate of Correction from the file history of U.S. Patent No. 9,296,753. | |

| TERM (PATENT/CLAIMS)[1] | PLAINTIFFS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE[2] | DEFENDANTS' PROPOSED CONSTRUCTION AND INTRINSIC EVIDENCE |
|---|---|---|
| "mean $AUC_{0-\infty}$ of about 465 ng*h/ml +/-248 ng*h/ml"<br><br>* * * * *<br><br>'386 Patent: Claim **1–2, 4–23** | **Proposed Construction:**<br>No construction necessary/plain and ordinary meaning.<br><br>**Intrinsic Evidence:**<br>The claims, specification, and prosecution history of the '386 Patent.<br><br>'386 Patent (Ex. R), Figs. 1 and 2, 26:45–47, 27:29–52, Examples 5 and 6; corresponding passages in the '857 Patent (Ex. P) (Figs. 1 and 2, 26:22–24, 27:5–28, Examples 5 and 6); the claims of the '386 Patent. | **Proposed Construction:**<br>"mean $AUC_{0-\infty}$ of about 465 ng*h/ml +/- 248 ng*h/ml after oral administration of one or more tablet(s) of the solid tablet formulation in an amount sufficient to deliver 560 mg of ibrutinib to a population of healthy human adults in a fasted state"<br><br>**Intrinsic Evidence:**<br>*E.g.*, '386 Patent (Ex. R) at 27:29-52; 95:23-97:20 |

## APPENDIX B: TERMS DEFENDANTS CONTENDS ARE INDEFINITE BUT OFFERS NO CONSTRUCTION

| TERM (PATENT/CLAIMS) | PLAINTIFFS' POSITION | DEFENDANTS' POSITION |
|---|---|---|
| "substantially similar"<br><br>* * * * *<br><br>'548 Patent: Claims 7-12, 29 | This term is not indefinite. | This term is indefinite. |
| "pharmaceutically acceptable stability"<br><br>* * * * *<br><br>'386 Patent: Claims 21-23 | This term is not indefinite. | This term is indefinite. |
| "Infrared (IR) spectrum weak peaks at about 1584 $cm^{-1}$, about 1240 $cm^{-1}$, about 1147 $cm^{-1}$, about 1134 $cm^{-1}$, about 1099 $cm^{-1}$, and about 1067 $cm^{-1}$"<br><br>* * * * *<br><br>'455 Patent: Claim 9<br><br>'753 Patent: Claims 1-15, 17 | This term is not indefinite. | This term is indefinite. |