# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ENTRESTO (SACUBITRIL/VALSARTAN) PATENT LITIGATION | MDL No. 20-2930-LPS |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC GLOBAL HOLDING SA, ALEMBIC PHARMACEUTICALS, INC., MACLEODS PHARMACEUTICALS LTD., MACLEODS PHARMA USA, INC., NATCO PHARMA LIMITED, NATCO PHARMA, INC., <br><br> Defendants. | C.A. No. 1:19-cv-02021-LPS |

## NOTICE OF SERVICE

I hereby certify that on September 28, 2020, true and correct copies of *Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.'s Objections and Responses to Novartis's First Set of Requests for Production (Nos. 1-14)* were served via email upon the following counsel of record:

{A&B-00693684-}

<table>
<tr><td>

Daniel M. Silver, Esq.  
Alexandra M. Joyce, Esq.  
MCCARTER & ENGLISH, LLP  
Renaissance Centre  
405 N. King Street, 8th Floor  
Wilmington, DE 19801  
dsilver@mccarter.com  
ajoyce@mccarter.com  

</td><td>

Christina Schwarz, Esq.  
Jared L. Stringham, Esq.  
Nicholas N. Kallas, Esq.  
VENABLE LLP  
1290 Avenue of the Americas  
New York, NY 10104  
cschwarz@venable.com  
jlstringham@venable.com  
nkallas@venable.com  

</td></tr>
<tr><td>

Of Counsel:

A. Neal Seth (pro hac vice)  
Laura R. Braden (pro hac vice)  
WILEY  
1776 K St., NW  
Washington, D.C. 20036  
Telephone: (202) 719-7000  
Facsimile: (202) 719-7049  
nseth@wiley.law  
lbraden@wiley.law  

Dated:  September 28, 2020

</td><td>

 */s/ John M. Seaman*  
John M. Seaman (#3868)  
ABRAMS & BAYLISS LLP  
20 Montchanin Road, Suite 200  
Wilmington, DE  19807  
Telephone: (302) 778-1000  
Facsimile: (302) 778-1001  
seaman@abramsbayliss.com  

*Attorneys for Defendants*  
*Macleods Pharmaceuticals Ltd.*  
*and Macleods Pharma USA, Inc.*

</td></tr>
</table>