IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | C.A. No. 18-192 (CFC)<br>CONSOLIDATED |
| SUN PHARMA GLOBAL FZE, *et al.*, | )<br>)<br>) | |
| Defendants. | ) | |
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>)<br>) | C.A. No. 19-434 (CFC) (CJB) |
| ALVOGEN PINE BROOK LLC and<br>NATCO PHARMA LTD., | )<br>)<br>) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES**

IT IS HEREBY STIPULATED by the parties in the above-captioned actions, subject to the approval of the Court, that the following deadlines relating to expert discovery are extended as shown in the table below. These extensions will not impact the deadline for the submission of the pretrial order, the pretrial conference date, or the trial date.

26106296.1

In light of the new proposed deadlines, the parties respectfully suggest that the Court reschedule the March 9, 2020 teleconference regarding trial and consolidation. As the parties expect to continue working to narrow the number of disputed issues following the exchange of opening expert reports, the parties believe that the teleconference would be more productive if scheduled in late April or early May, at the Court's convenience.

The new proposed schedule also reflects agreement between the parties that no *Daubert* motions shall be filed in these actions.

| Deadline | Current | Extended |
|---|---|---|
| Opening Expert Reports | March 3, 2020 | March 10, 2020 |
| Telephone Conf. re Trial and Consolidation | March 9, 2020 | Subject to the Court's availability, a date in April |
| Rebuttal Expert Reports | April 22, 2020 | May 12, 2020 |
| Provide Expert Availability for Depositions | N/A | May 19, 2020 |
| Reply Expert Reports | June 5, 2020 | June 25, 2020 |
| End of Expert Discovery | July 24, 2020 | August 13, 2020 |
| *Daubert* Motions | July 31, 2020 | No *Daubert* motions shall be filed |
| *Daubert* Oppositions | August 14, 2020 | |
| *Daubert* Replies | August 28, 2020 | |

26106296.1

| PTO Filed | September 18, 2020 | September 18, 2020 (*no change*) |
|---|---|---|
| Pretrial Conference | September 23, 2020 | September 23, 2020 (*no change*) |
| Trial | October 13, 2020 | October 13, 2020 (*no change*) |

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Jeremy A. Tigan* | */s/ Stephanie E. O'Byrne* |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) | David E. Moore (#3983) |
| Jeremy A. Tigan (#5239) | Bindu A. Palapura (#5370) |
| Jeffrey J. Lyons (#6437) | Stephanie E. O'Byrne (#4446) |
| 1201 North Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 North Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 984-6000 |
| jblumenfeld@mnat.com | dmoore@potteranderson.com |
| jtigan@mnat.com | bpalapura@potteranderson.com |
| jlyons@mnat.com | sobyrne@potteranderson.com |
| *Attorneys for Pharmacyclics LLC and Janssen Biotech, Inc.* | *Attorneys for Zydus Worldwide DMCC and Cadila Healthcare Limited* |

RICHARDS, LAYTON & FINGER, PA

*/s/ Kelly E. Farnan*
_____
Kelly E. Farnan (#4395)
Renée M. Mosley (#6442)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
mosley@rlf.com
   *Attorneys for Sun Pharma Global FZE and Sun Pharmaceutical Industries Ltd.*

HEYMAN ENERIO GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
_____
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law
   *Attorneys for Sandoz Inc. and Lek Pharmaceuticals d.d.*

                                              Young Conaway Stargatt & Taylor, LLP

                                              */s/ James L. Higgins*

                                              _____
Melanie K. Sharp (#2501)
James L. Higgins (#5021)
Steven W. Lee (#6676)
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
slee@ycst.com

                                              *Attorneys for Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd.*

SO ORDERED, this _____ day of March, 2020.

                                              _____
                                              UNITED STATES DISTRICT JUDGE