IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SUN PHARMA GLOBAL FZE, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 18-192 (CFC)<br>CONSOLIDATED |
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALVOGEN PINE BROOK LLC and<br>NATCO PHARMA LTD.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 19-434 (CFC) (CJB) |

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to serve opening expert reports is extended to March 11, 2020.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, PA |
| */s/ Jeremy A. Tigan* | */s/ Kelly E. Farnan* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>Jeffrey J. Lyons (#6437)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com<br>jlyons@mnat.com<br><br>*Attorneys for Plaintiffs* | Kelly E. Farnan (#4395)<br>Renée M. Mosley (#6442)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>mosley@rlf.com<br><br>*Attorneys for Defendants Sun Pharma Global FZE and Sun Pharmaceutical Industries Ltd.* |
| HEYMAN ENERIO GATTUSO & HIRZEL LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Dominick T. Gattuso* | */s/ David E. Moore* |
| Dominick T. Gattuso (#3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Defendants Sandoz Inc. and Lek Pharmaceuticals d.d.* | David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com<br><br>*Attorneys for Defendants Zydus Worldwide DMCC and Cadila Healthcare Limited* |

                                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                              */s/ James L. Higgins*

                                              _____
                                              Melanie K. Sharp (#2501)
                                              James L. Higgins (#5021)
                                              1000 North King Street
                                              Wilmington, DE 19801
                                              (302) 571-6600
                                              msharp@ycst.com
                                              jhiggins@ycst.com

                                              *Attorneys for Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd.*

March 10, 2020

        SO ORDERED, this _____ day of March, 2020.

                                              _____
                                              UNITED STATES DISTRICT JUDGE