IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-434 (CFC) (CJB) ) |
| ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD., | ) ) ) |
| Defendants. | ) |

## **NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE THAT Jeffrey J. Lyons of MORRIS, NICHOLS, ARSHT & TUNNELL, LLP hereby withdrawals as counsel to Plaintiffs Pharmacyclics LLC and Janssen Biotech, Inc. (collectively, "Plaintiffs") in the above-captioned matter. Plaintiffs will continue to be represented by the firms of MORRIS, NICHOLS, ARSHT & TUNNELL LLP and COVINGTON & BURLING LLP.

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | /s/ Jeffrey J. Lyons |
| OF COUNSEL: | Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>Jeffrey J. Lyons (#6437) |
| Christopher N. Sipes<br>Erica N. Andersen<br>David A. Garr<br>Brianne Bharkhda<br>Chanson Chang<br>Nicholas L. Evoy<br>Justin Thomas Howell<br>Laura Dolbow[1]<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 20001-4956<br>(202) 662-6000 | 1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com<br>jlyons@mnat.com<br><br>*Attorneys for Plaintiffs*<br><br>Irena Royzman<br>Cristina L. Martinez<br>Marcus A. Colucci<br>KRAMER LEVIN NAFTALIS<br>  &amp; FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9100 |
| Alexa Hansen<br>David Denuyl<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105<br><br>*Attorneys for Pharmacyclics* | Hannah Lee<br>KRAMER LEVIN NAFTALIS<br>  &amp; FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>(650) 752-1700<br><br>*Attorneys for Janssen Biotech, Inc.* |

March 27, 2020

---

\* Member of the Bar of Tennessee, District of Columbia Bar membership pending; supervised by principals of the Firm

# CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 27, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>James L. Higgins, Esquire<br>Steven W. Lee, Esquire<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |
| Siegmund Y. Gutman, Esquire<br>David M. Hanna, Esquire<br>Michelle M. Ovanesian, Esquire<br>Christopher D. Lynch, Ph.D.<br>PROSKAUER ROSE LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067-3010<br>*Attorneys for Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |

Kimberly Q. Li, Esquire  VIA ELECTRONIC MAIL
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
*Attorneys for Defendants Alvogen Pine
Brook LLC and Natco Pharma Ltd.*

        */s/ Jeffrey J. Lyons*
        _____
        Jeffrey J. Lyons (#6437)