MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

JACK B. BLUMENFELD
(302) 351-9291
jblumenfeld@mnat.com

April 27, 2020

The Honorable Colm F. Connolly  *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Pharmacyclics LLC, et al. v. Fresenius Kabi USA, LLC, et al.*
            C.A. No. 18-192 (CFC) (consolidated);
            *Pharmacyclics LLC, et al. v. Alvogen Pine Brook, LLC, et al.*
            C.A. No. 19-434 (CFC) (CJB)

Dear Judge Connolly:

      Plaintiffs submit this letter in advance of the teleconference scheduled for tomorrow at noon, regarding trial length and structure.

      Trial in these Hatch-Waxman matters is currently set for October 13, 2020. Consolidated C.A. No. 18-192 concerns Sun, Zydus/Cadila, and Sandoz/Lek's ANDAs for Plaintiffs' IMBRUVICA® capsule product. The thirty-month stay in that matter expires on May 13, 2021. C.A. No. 19-434 concerns Alvogen/Natco's ANDA for Plaintiffs' IMBRUVICA® tablet product. The thirty-month stay in that matter expires on or about July 17, 2021.

      Last week, Plaintiffs informed Defendants that Christopher Sipes, lead counsel for Pharmacyclics in this matter, recently had a Hatch-Waxman trial in the District of West Virginia (*AstraZeneca AB et al. v. Mylan Pharmaceuticals Inc.*, C.A. No. 1:18CV193), rescheduled from this summer to October 13, 2020—the same day trial is set to begin in this matter. Covington & Burling LLP (representing the Plaintiffs in that action) initially requested a teleconference with the West Virginia Court to discuss extending the trial date in light of COVID-19 and the parties' and Court's schedules. Although the Court initially scheduled a teleconference to discuss these issues, it then cancelled the conference and reset the trial sua sponte for October 13 without discussing the parties' availability. As Mr. Sipes is also lead counsel in the West Virginia action, he promptly asked for the trial date in that matter to be moved in light of the trial date in this action. The Court denied the request, explaining that there was no other availability.

      The parties in these matters had a meet and confer call on April 24 to discuss this conflict and tomorrow's teleconference. During that meet and confer, Plaintiffs asked if Defendants would join in

The Honorable Colm F. Connolly
April 27, 2020
Page 2

a request to move the trial date. At least Defendant Zydus/Cadila has stated it does not agree with any proposal to move the trial date.

      We look forward to discussing these issues with your Honor tomorrow at noon.

      Respectfully,

      */s/ Jack B. Blumenfeld*

      Jack B. Blumenfeld (#1014)

JBB/dlw
cc:    All Counsel of Record (*via* CM/ECF and e-mail)