IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SUN PHARMA GLOBAL FZE, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 18-192 (CFC) (CJB)<br>CONSOLIDATED |
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALVOGEN PINE BROOK LLC and<br>NATCO PHARMA LTD.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 19-434 (CFC) (CJB) |

## <u>STIPULATION AND [PROPOSED] ORDER</u>

IT IS HEREBY STIPULATED by the parties, subject to the approval of the

Court, that the following deadlines are hereby modified as follows:

| Deadline | Current Deadline | New Deadline |
|---|---|---|
| Service of Opposition Expert Reports | May 12, 2020 | May 18, 2020 |
| Disclosure of Expert Availability for Depositions | May 19, 2020 | May 26, 2020 |
| Service of Reply Expert Reports | June 25, 2020 | July 1, 2020 |

No other deadlines are impacted by this extension.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan

_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com
   *Attorneys for Pharmacyclics LLC and*
   *Janssen Biotech, Inc.*

POTTER ANDERSON & CORROON LLP

/s/ David E. Moore

_____
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com
   *Attorneys for Zydus Worldwide*
   *DMCC and Cadila Healthcare*
   *Limited*

RICHARDS, LAYTON & FINGER, PA

/s/ Renée Mosley Delcollo

_____
Kelly E. Farnan (#4395)
Renée Mosley Delcollo (#6442)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
farnan@rlf.com
delcollo@rlf.com
   *Attorneys for Sun Pharma Global*
   *FZE and Sun Pharmaceutical*
   *Industries Ltd.*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ James L. Higgins*

_____
Melanie K. Sharp (#2501)
James L. Higgins (#5021)
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
   *Attorneys for Alvogen Pine Brook*
   *LLC and Natco Pharma Ltd.*

HEYMAN ENERIO GATTUSO & HIRZEL
LLP

*/s/ Dominick T. Gattuso*

_____
Dominick T. Gattuso (# 3630)
300 Delaware Avenue
Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendants Sandoz Inc.*
*and Lek Pharmaceuticals d.d.*

May 11, 2020


SO ORDERED, this _____ day of May, 2020.


_____
UNITED STATES DISTRICT JUDGE