IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-192 (CFC) (CJB) |
| | ) | CONSOLIDATED |
| SUN PHARMA GLOBAL FZE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-434 (CFC) (CJB) |
| | ) | |
| ALVOGEN PINE BROOK LLC and<br>NATCO PHARMA LTD., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of: (1) *Rebuttal Expert Report of Professor Simon A.J. Rule, B.M.B.S., (2) Rebuttal Expert Report of Robert O. Williams III, Ph.D., Regarding the Validity of U.S. Patent Nos. 9,655,857 and 10,213,386, (3) Rebuttal Expert Report of David R. Taft, Ph.D., (4) Responsive Expert Report of Allan S. Myerson, Ph.D. Regarding the Validity of U.S. Patent Nos. 9,725,455, 9,296,753, 10,106,548, and 10,125,140, and (5)*

*Rebuttal Expert Report of Paul J. Reider, Ph.D.* were caused to be served on May

18, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>James L. Higgins, Esquire<br>Steven W. Lee, Esquire<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Alvogen Pine*<br>*Brook LLC and Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |
| Siegmund Y. Gutman, Esquire<br>David M. Hanna, Esquire<br>Michelle M. Ovanesian, Esquire<br>Christopher D. Lynch, Ph.D.<br>PROSKAUER ROSE LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA  90067-3010<br>*Attorneys for Defendants Alvogen Pine*<br>*Brook LLC and Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |
| Kimberly Q. Li, Esquire<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA  02110<br>*Attorneys for Defendants Alvogen Pine*<br>*Brook LLC and Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer A. Ward*

_____

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Jennifer A. Ward (#6476)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com
jward@mnat.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Christopher N. Sipes
Erica N. Andersen
David A. Garr
Brianne Bharkhda
Chanson Chang
Nicholas L. Evoy
Justin Thomas Howell
Laura Dolbow
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001-4956
(202) 662-6000

Alexa Hansen
David Denuyl
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105
(415) 591-6000

*Attorneys for Pharmacyclics LLC*

Irena Royzman
Cristina L. Martinez
Marcus A. Colucci
KRAMER LEVIN NAFTALIS
   & FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036
(212) 715-9100

3

Hannah Lee
KRAMER LEVIN NAFTALIS
   & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
(650) 752-1700

*Attorneys for Janssen Biotech, Inc.*

May 20, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 20, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>James L. Higgins, Esquire<br>Steven W. Lee, Esquire<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Alvogen Pine*<br>*Brook LLC and Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |
| Siegmund Y. Gutman, Esquire<br>David M. Hanna, Esquire<br>Michelle M. Ovanesian, Esquire<br>Christopher D. Lynch, Ph.D.<br>PROSKAUER ROSE LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA  90067-3010<br>*Attorneys for Defendants Alvogen Pine*<br>*Brook LLC and Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |
| Kimberly Q. Li, Esquire<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA  02110<br>*Attorneys for Defendants Alvogen Pine*<br>*Brook LLC and Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer A. Ward*

_____
Jennifer A. Ward (#6476)