# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC, and JANSSEN BIOTECH, INC., | ) ) ) |
| Plaintiffs, | ) ) C.A. No. 18-192-CFC-CJB |
| v. | ) (consolidated) ) ) |
| CIPLA LIMITED, et al. | ) ) |
| Defendants. | ) ) |
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-434–CFC-CJB ) |
| ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD., | ) ) ) |
| Defendants. | ) |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs Pharmacyclics LLC and Janssen Biotech, Inc. and Defendants Zydus Worldwide DMCC, Cadila Healthcare Limited, Sandoz Inc., Lek Pharmaceuticals d.d., Alvogen Pine Brook LLC and Natco Pharma Ltd., subject to the approval of the Court, that the time for the parties to serve their reply expert reports shall be extended to July 3, 2020.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNEL LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/ Jeremy A. Tigan*<br>    Jack Blumenfeld (#1014)<br>    Jeremy A. Tigan (#5239)<br>    1201 North Market Street<br>    P. O. Box 1347<br>    Wilmington, DE  19899<br>    Tel:  (302) 658-9200<br>    jblumenfeld@mnat.com<br>    jtigan@mnat.com<br><br>*Attorneys for Plaintiffs Pharmacyclics LLC and Janssen Biotech, Inc.* | By: */s/ Bindu A. Palapura*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Stephanie E. O'Byrne (#4446)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    sobyrne@potteranderson.com<br><br>*Attorneys for Defendants Zydus Worldwide DMCC and Cadila Healthcare Limited* |
| HEYMAN ENERIO GATTUSO & HIRZEL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| By: */s/ Dominick T. Gattuso*<br>    Dominick T. Gattuso (#3630)<br>    300 Delaware Avenue, Suite 200<br>    Wilmington, DE 19801<br>    Tel:  (302) 472-7300<br>    dgattuso@hegh.law<br><br>*Attorneys for Sandoz Inc. and Lek Pharmaceuticals d.d.* | By: */s/ James L. Higgins*<br>    Melanie K. Sharp (#2501)<br>    James L. Higgins (#5021)<br>    1000 North King Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 571-6600<br>    msharp@ycst.com<br>    jhiggins@ycst.com<br><br>*Attorneys for Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd.* |

Dated:  June 29, 2020
6779765 / 44926

IT IS SO ORDERED this ___ day of _____, 2020.

_____
U.S.D.J.