IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC. <br><br> Plaintiffs, <br><br> v. <br><br> ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD., <br><br> Defendants. | C. A. No.: 19-434-CFC |

### NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, the subpoenas attached hereto as Exhibits A – E, will be served on Ranjana Advani, Ahmed Hamdy, Daniel A. Pollyea, David Loury, and Gwen Fyfe, respectively.

|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
|  | */s/ James L. Higgins* |
|  | _____ |
| PROSKAUER ROSE LLP | Melanie K. Sharp (No. 2501) |
| Siegmund Y. Gutman | James L. Higgins (No. 5021) |
| David M. Hanna | Steven W. Lee (No. 6676) |
| Michelle M. Ovanesian* | 1000 North King Street |
| Christopher D. Lynch | Wilmington, DE  19801 |
| 2029 Century Park East, Suite 2400 | (302) 571-6600 |
| Los Angeles, CA  90067-3010 | msharp@ycst.com |
| (310) 557-2900 | jhiggins@ycst.com |
|  | slee@ycst.com |
| Kimberly Q. Li |  |
| One International Place | *Attorneys for Alvogen Pine Brook LLC and Natco Pharma Ltd.* |
| Boston, MA  02110-2600 |  |
| (617) 526-9600 |  |

*Admitted to Practice in Delaware Only

Dated: July 7, 2020