IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | C.A. No. 18-192 (CFC) (CJB) (Consolidated) |
| CIPLA LIMITED, et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 19-434 (CFC) (CJB) |
| v. | ) ) ) | |
| ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD., | ) ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFFS' MOTION TO STRIKE
DEFENDANTS' UNTIMELY EXPERT OPINIONS**

Plaintiffs Pharmacyclics LLC and Janssen Biotech, Inc. hereby move to strike the

untimely opinions of Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd.'s experts

Dr. Reza Fassihi and Dr. Michael L. Grossbard and Defendants Zydus Worldwide DMCC and

Cadila Healthcare Limited's expert Dr. Leslie Oleksowicz.  The grounds for this motion are set

forth in Plaintiffs' Opening Letter Brief and supporting papers submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

OF COUNSEL:

Christopher N. Sipes
Erica N. Andersen
David A. Garr
Brianne Bharkhda
Chanson Chang
Nicholas L. Evoy
Justin Thomas Howell
Laura Dolbow[1]
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001-4956
(202) 662-6000

Alexa Hansen
David Denuyl
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105
(415) 591-6000

*Attorneys for Pharmacyclics LLC*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Jennifer A. Ward (#6467)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com
jward@mnat.com

*Attorneys for Plaintiffs*

---

[1]  Member of the Bar of Tennessee, District of Columbia Bar membership pending; supervised by principals of the Firm.

Irena Royzman
Marcus A. Colucci
Cristina L. Martinez
Jonathan Pepin
Christine Willgoos
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036
(212) 715-9100

Hannah Lee
Daniel Williams
Phuong Nguyen
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
(650) 752-1700

*Attorneys for Janssen Biotech, Inc.*

## __7.1.1 CERTIFICATION__

I hereby certify that counsel for the parties, including Delaware counsel, discussed the subject of the foregoing motion and that we have not been able to reach agreement.


*/s/ Jeremy A. Tigan*

_____
Jeremy A. Tigan (#5239)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 17, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 17, 2020, upon the following in the manner indicated:

David E. Moore, Esquire                                    *VIA ELECTRONIC MAIL*
Bindu A. Palapura, Esquire
Stephanie E. O'Byrne, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Defendants Zydus Worldwide*
*DMCC and Cadila Healthcare Limited*

Jay R. Deshmukh, Esquire                                 *VIA ELECTRONIC MAIL*
Hershy Stern, Esquire
Jayita Guhaniyogi, Esquire
Shelley Ivan, Esquire
M. Diana Danca, Esquire
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY  10019
*Attorneys for Defendants Zydus Worldwide*
*DMCC and Cadila Healthcare Limited*

Dominick T. Gattuso, Esquire                            *VIA ELECTRONIC MAIL*
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
*Attorneys for Defendants Sandoz Inc. and*
*Lek Pharmaceuticals d.d.*

Natalie C. Clayton, Esquire                          *VIA ELECTRONIC MAIL*
ALSTON & BIRD LLP
90 Park Avenue
New York, NY  10016
*Attorneys for Defendants Sandoz Inc. and*
*Lek Pharmaceuticals d.d.*

Shri Abhyankar, Esquire                              *VIA ELECTRONIC MAIL*
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA  30309-3424
*Attorneys for Defendants Sandoz Inc. and*
*Lek Pharmaceuticals d.d.*

Kirk T. Bradley, Esquire                             *VIA ELECTRONIC MAIL*
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC  28280-4000
*Attorneys for Defendants Sandoz Inc. and*
*Lek Pharmaceuticals d.d.*

Melanie K. Sharp, Esquire                            *VIA ELECTRONIC MAIL*
James L. Higgins, Esquire
Steven W. Lee, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendants Alvogen Pine Brook LLC*
*and Natco Pharma Ltd.*

Siegmund Y. Gutman, Esquire                          *VIA ELECTRONIC MAIL*
David M. Hanna, Esquire
Michelle M. Ovanesian, Esquire
Christopher D. Lynch, Ph.D.
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA  90067-3010
*Attorneys for Defendants Alvogen Pine Brook LLC*
*and Natco Pharma Ltd.*

Kimberly Q. Li, Esquire                              *VIA ELECTRONIC MAIL*
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
*Attorneys for Defendants Alvogen Pine Brook LLC*
*and Natco Pharma Ltd.*


                                   */s/ Jeremy A. Tigan*
                                   _____
                                   Jeremy A. Tigan (#5239)