IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC. | ) ) ) |
| Plaintiffs, | ) C. A. No.: 19-434-CFC ) ) |
| v. | ) ) |
| ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD., | ) ) ) |
| Defendants. | ) |

**AMENDED NOTICE OF SUBPOENA OF RANJANA ADVANI**

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, the subpoena attached hereto as Exhibit A, will be served on Ranjana Advani.

|  |  |
|---|---|
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | */s/ James L. Higgins* |
| | _____ |
| PROSKAUER ROSE LLP | Melanie K. Sharp (No. 2501) |
| Siegmund Y. Gutman | James L. Higgins (No. 5021) |
| David M. Hanna | Steven W. Lee (No. 6676) |
| Michelle M. Ovanesian* | 1000 North King Street |
| Christopher D. Lynch | Wilmington, DE  19801 |
| 2029 Century Park East, Suite 2400 | (302) 571-6600 |
| Los Angeles, CA  90067-3010 | msharp@ycst.com |
| (310) 557-2900 | jhiggins@ycst.com |
| | slee@ycst.com |
| Kimberly Q. Li | |
| One International Place | *Attorneys for Alvogen Pine Brook LLC and Natco Pharma Ltd.* |
| Boston, MA  02110-2600 | |
| (617) 526-9600 | |

*Admitted to Practice in Delaware Only

Dated: July 17, 2020