M orris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
_____

302 658 9200
302 658 3989 Fax

Jeremy A. Tigan
302 351 9106
jtigan@mnat.com

July 20, 2020

**BY E-FILING**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

   Re: *Pharmacyclics LLC, et al. v. Cipla Ltd., et al.*, No. 18-192 (CFC) (CJB) (consol.)
     & *v. Alvogen Pine Brook LLC, et al.*, No. 19-434 (CFC) (CJB)

Dear Judge Burke:

  We write on behalf of Plaintiffs Pharmacyclics LLC and Janssen Biotech, Inc. to request that the Court schedule a discovery dispute teleconference and set a schedule for the submission of letter briefs at its earliest convenience.

  In submitting this letter we acknowledge that it does not conform to Your Honor's discovery dispute procedures. We do so, however, because Defendants Alvogen, Natco, and Zydus/Cadila have subpoenaed five fact witnesses for depositions beginning tomorrow, without leave of Court, even though fact discovery ended six months ago and the parties are in the middle of the period for expert discovery. Plaintiffs object to these depositions being taken at this time in violation of the Court's Scheduling Order. Counsel for the parties met and conferred on June 29 and July 11 and reached an impasse on this issue. Last Thursday, we sent Defendants' counsel a proposed joint discovery dispute letter in an attempt to raise this issue using Your Honor's procedures. Defendants have not responded to that proposed letter. Instead, late last night, Defendants' counsel advised us:

> We disagree with Plaintiffs' understanding of whether the subpoenaed depositions of Drs. Fyfe, Loury, Advani, Pollyea, and Hamdy will take place this week. There is no protective order or order quashing the subpoenas; accordingly, the subpoenas are still effective, and the subpoenaed depositions will take place as noticed in the subpoenas.

  Given Defendants' failure to respond to our request for submission of a joint dispute letter, and their position that, because the Court has not issued a protective order, the depositions

The Honorable Christopher J. Burke
July 20, 2020
Page 2

will go forward, we felt compelled to seek relief and to invoke the provision of D. Del. LR 30.2 that pending resolution of Plaintiffs' application for relief, "neither the objecting party, witness, nor any attorney is required to appear at a deposition to which a motion is directed until the motion is resolved." We also advise Your Honor that Drs. Fyfe, Loury, and Hamdy will join in Plaintiffs' request for relief, and Dr. Pollyea will not oppose this request. We understand that Dr. Advani, through counsel, has already fully objected to one of Defendants' subpoenas.

Plaintiffs are, of course, prepared to proceed with this dispute in whatever manner Your Honor directs. Given Defendants' insistence, it is important to Plaintiffs to have this issue resolved promptly.

Respectfully,

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

JAT/rs
cc:     Counsel of Record (by CM/ECF and email)