IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD.,<br><br>Defendants. | C. A. No.: 19-434-CFC |

**JOINT MOTION FOR**
**TELECONFERENCE TO RESOLVE DISCOVERY DISPUTES**

The parties respectfully move this Court to schedule a teleconference to address the outstanding disputes regarding discovery matters identified in D.I. 215 and 216.

The parties will file submissions in accordance with the Court's July 21, 2020 Oral Order and present their respective positions during the teleconference scheduled for August 3, 2020 at 11:30 AM. In advance of the teleconference, Defendants will file their opening letter of no more than 6 single-spaced pages on July 24, 2020 and Plaintiffs will provide their responsive letter of no more than 6 single-spaced pages on July 30, 2020. Counsel for Defendants will initiate the call, and the parties will jointly provide the Courtroom Deputy with a

dial-in number no later than July 30, 2020.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *Jack B. Blumenfeld* | /s/ *James L. Higgins* |
| _____ | _____ |
| Jack B. Blumenfeld (No. 1014) | Melanie K. Sharp (No. 2501) |
| Jeremy A. Tigan (No. 5239) | James L. Higgins (No. 5021) |
| Jennifer A. Ward (No. 646) | Steven W. Lee (No. 6676) |
| 1201 North Market Street | 1000 North King Street |
| P.O. Box 1347 | Wilmington, DE  19801 |
| Wilmington, DE  19899 | (302) 571-6600 |
| (302) 658-9200 | msharp@ycst.com |
| jblumenfeld@mnat.com | jhiggins@ycst.com |
| jtigan@mnat.com | slee@ycst.com |
| jward@mnat.com | |
| | PROSKAUER ROSE LLP |
| COVINGTON & BURLING LLP | Siegmund Y. Gutman |
| Christopher N. Sipes | David M. Hanna |
| Erica N. Andersen | Michelle M. Ovanesian* |
| David A. Garr | Christopher D. Lynch |
| Brianne Bharkhda | 2029 Century Park East, Suite 2400 |
| Chanson Chang | Los Angeles, CA  90067-3010 |
| Nicholas L. Evoy | (310) 557-2900 |
| Justin Thomas Howell | |
| Laura Dolbow | Kimberly Q. Li |
| One CityCenter | One International Place |
| 850 Tenth Street NW | Boston, MA  02110-2600 |
| Washington, DC  20001-4956 | (617) 526-9600 |
| (202) 662-6000 | |
| | *Admitted to Practice in Delaware and Washington D. C. Only |
| Alexa Hansen | |
| David Denuyl | *Attorneys for Alvogen Pine Brook LLC and Natco Pharma Ltd.* |
| Salesforce Tower | |
| 415 Mission Street, Suite 5400 | |
| San Francisco, CA  94105 | |
| (415) 591-6000 | |

*Attorneys for Pharmacyclics LLC*

KRAMER LEVIN NAFTAILS &
FRANKEL LLP
Irena Royzman
Christine Willgoos
Cristina L. Martinez
Marcus A. Colucci
1177 Avenue of the Americas
New York, NY  10036
(212) 715-9100

Hanna Lee
Daniel Williams
990 Marsh Road
Menlo Park, CA  94025
(650) 752-1700

*Attorneys for Janssen Biotech, Inc.*