IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | C.A. No. 18-192 (CFC) (CJB)<br>CONSOLIDATED |
| CIPLA LIMITED, et al., | )<br>)<br>) | |
| Defendants. | ) | |
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | C.A. No. 19-434 (CFC) (CJB) |
| ALVOGEN PINE BROOK LLC and<br>NATCO PHARMA LTD., | )<br>)<br>) | |
| Defendants. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the contact information for Anna Q. Han of COVINGTON & BURLING LLP, counsel for Plaintiff Pharmacyclics LLC, has changed to:

>Anna Q. Han
>COVINGTON & BURLING LLP
>Salesforce Tower
>415 Mission Street, Suite 5400
>San Francisco, CA  94105
>(415) 591-6000

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Jeremy A. Tigan*

                _____
                Jack B. Blumenfeld (#1014)
                Jeremy A. Tigan (#5239)
                Jennifer A. Ward (#6467)
                1201 North Market Street
                P.O. Box 1347
                Wilmington, DE  19899
                (302) 658-9200
                jblumenfeld@mnat.com
                jtigan@mnat.com
                jward@mnat.com

                *Attorneys for Plaintiffs*

July 22, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 22, 2020, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu A. Palapura, Esquire<br>Stephanie E. O'Byrne, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Zydus Worldwide*<br>*DMCC and Cadila Healthcare Limited* | *VIA ELECTRONIC MAIL* |
| Jay R. Deshmukh, Esquire<br>Hershy Stern, Esquire<br>Jayita Guhaniyogi, Esquire<br>Shelley Ivan, Esquire<br>M. Diana Danca, Esquire<br>Trevor J. Welch, Esquire<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY  10019<br>*Attorneys for Defendants Zydus Worldwide*<br>*DMCC and Cadila Healthcare Limited* | *VIA ELECTRONIC MAIL* |
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>*Attorneys for Defendants Sandoz Inc. and*<br>*Lek Pharmaceuticals d.d.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Natalie C. Clayton, Esquire<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY  10016<br>*Attorneys for Defendants Sandoz Inc. and*<br>*Lek Pharmaceuticals d.d.* | *VIA ELECTRONIC MAIL* |
| Shri Abhyankar, Esquire<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street, Suite 4900<br>Atlanta, GA  30309-3424<br>*Attorneys for Defendants Sandoz Inc. and*<br>*Lek Pharmaceuticals d.d.* | *VIA ELECTRONIC MAIL* |
| Kirk T. Bradley, Esquire<br>ALSTON & BIRD LLP<br>Bank of America Plaza<br>101 South Tryon Street, Suite 4000<br>Charlotte, NC  28280-4000<br>*Attorneys for Defendants Sandoz Inc. and*<br>*Lek Pharmaceuticals d.d.* | *VIA ELECTRONIC MAIL* |
| Melanie K. Sharp, Esquire<br>James L. Higgins, Esquire<br>Steven W. Lee, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Alvogen Pine Brook*<br>*LLC and Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |
| Siegmund Y. Gutman, Esquire<br>David M. Hanna, Esquire<br>Michelle M. Ovanesian, Esquire<br>Christopher D. Lynch, Ph.D.<br>PROSKAUER ROSE LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA  90067-3010<br>*Attorneys for Defendants Alvogen Pine Brook*<br>*LLC and Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |

Kimberly Q. Li, Esquire  *VIA ELECTRONIC MAIL*
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
*Attorneys for Defendants Alvogen Pine Brook*
*LLC and Natco Pharma Ltd.*

*/s/ Jeremy A. Tigan*

_____
Jeremy A. Tigan (#5239)