IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, et al.,<br><br>Defendants. | C. A. No.: 18-192-CFC (CJB) (CONSOLIDATED)<br><br>████████████████<br><br>**REDACTED - PUBLIC VERSION** |
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD.,<br><br>Defendants. | C. A. No.: 19-434-CFC (CJB)<br><br>████████████████<br><br>**REDACTED - PUBLIC VERSION** |

**DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' UNTIMELY OPINIONS**

Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd. (collectively, "Alvogen"), and Zydus Worldwide DMCC and Cadila Healthcare Limited (together "Defendants") hereby move to strike the untimely opinions of Plaintiffs Pharmacyclics LLC and Janssen Biotech, Inc.'s (collectively, "Plaintiffs") Drs. Simon Rule, Paul Reider, Joseph Buggy, Allan Myerson, Fabia Gozzo, Robert Williams, David Drover, Pierre Cremieux, and Kenneth Cooke. The grounds for this motion are set forth in Defendants' Letter Briefing and supporting papers directed to the issue.

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | /s/ James L. Higgins |
|  | _____ |
| PROSKAUER ROSE LLP | Melanie K. Sharp (No. 2501) |
| Siegmund Y. Gutman | James L. Higgins (No. 5021) |
| David M. Hanna | Steven W. Lee (No. 6676) |
| Michelle M. Ovanesian* | 1000 North King Street |
| Christopher D. Lynch | Wilmington, DE  19801 |
| 2029 Century Park East, Suite 2400 | (302) 571-6600 |
| Los Angeles, CA  90067-3010 | msharp@ycst.com |
| (310) 557-2900 | jhiggins@ycst.com |
|  | slee@yst.com |
| Kimberly Q. Li |  |
| One International Place | *Attorneys for Alvogen Pine Brook LLC and Natco Pharma Ltd.* |
| Boston, MA  02110-2600 |  |
| (617) 526-9600 |  |
|  |  |
| *Admitted to Practice in Delaware and Washington D.C. Only |  |
|  | POTTER ANDERSON &CORROON LLP |
|  | /s/ David E. Moore |
|  | _____ |
|  | David E. Moore (#3983) |
|  | Bindu A. Palapura (#5370) |
| OF COUNSEL: | Stephanie E. O'Byrne (#4446) |
|  | Hercules Plaza, 6th Floor |
| Jay R. Deshmukh | 1313 N. Market Street |
| Shelley Ivan | Wilmington, DE  19801 |
| Hershy Stern | (302) 984-6000 |
| Jayita Guhaniyogi, Ph.D. | dmoore@potteranderson.com |
| M. Diana Danca | bpalapura@potteranderson.com |
| Trevor J. Welch | sobyrne@potteranderson.com |
| KASOWITZ BENSON TORRES LLP |  |
| 1633 Broadway | *Attorneys for Defendants Zydus Worldwide DMCC and Cadila Healthcare Limited* |
| New York, NY  10019 |  |
| (212) 506-1700 |  |

Dated: August 10, 2020

## **7.1.1 CERTIFICATION**

I hereby certify that counsel for the parties, including Delaware counsel, discussed the subject of the foregoing motion and have not been able to reach agreement.

*/s/ James L. Higgins*
James L. Higgins (No. 5021)


*/s/ David E. Moore*
David E. Moore (No. 3983)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC. | ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No.: 18-192-CFC (CJB) (CONSOLIDATED) |
| v. | ) ) ) | |
| CIPLA LIMITED, et al., | ) ) ) | |
| Defendants. | ) ) | |
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC. | ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No.: 19-434-CFC (CJB) |
| v. | ) ) ) | |
| ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD., | ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED ]ORDER**

WHEREAS, Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd. (together, "Alvogen"), and Zydus, Inc., *et al.*, (collectively, "Defendants"), moved to strike the following five categories of Plaintiffs' untimely expert opinions:

(1) An "antedating" theory, disclosed for the first time in Dr. Simon Rule's rebuttal expert report and the accompanying declaration of Dr. Joseph Buggy (the "Buggy Declaration"), which alleges that three asserted invalidity references do not constitute prior art;

(2) secondary considerations of non-obviousness theories provided for the first time in the expert reports of Drs. Paul Reider, Simon Rule, Allan Myerson, Fabia Gozzo, Robert Williams, David Drover, Pierre Cremieux, and Kenneth Cooke;

4

(3) a new interpretation of the claims of the asserted '857 Patent made for the first time in the rebuttal expert report of Dr. Robert Williams III;

(4) untimely theories addressing certain of Alvogen's 35 U.S.C. § 103 obviousness arguments, disclosed for the first time in the rebuttal expert report of Dr. Reider; and

(5) new theories regarding indefiniteness, enablement, written description, and double patenting of the asserted '711, '091, '309, '090, '753, '455, and '548 Patents in rebuttal reports of Drs. Reider, Myerson, and Rule; and

WHEREAS, Appendix A to Defendants' Motion to Strike Plaintiffs' Untimely Expert Opinions identifies with specificity the facts, theories, opinions, and/or arguments that are the subject of Defendants' Motion; and

WHEREAS, the Court having considered the motion, the arguments in support, and any opposition thereto;

NOW, THEREFORE, IT IS HEREBY ORDERED this ___ day of _____, 2020, that the motion is GRANTED.  Each of the opinions, facts, arguments, and/or theories identified in Appendix A to Defendants' Motion to Strike Plaintiffs' Untimely Expert Opinions are hereby stricken.  Plaintiffs shall not be permitted to present any such opinions, facts, arguments, and/or theories at trial in the above-captioned litigations.

SO ORDERED this _____ day of _____, 2020.

_____
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I, James L. Higgins, Esquire, hereby certify that on August 10, 2020, I caused to be electronically filed a true and correct copy of Defendants' Motion to Strike Plaintiffs' Untimely Opinions with the Clerk of the Court using CM/ECF, which will send notification to the following counsel of record:

Jack B. Blumenfeld
Jeremy A. Tigan
Jennifer A. Ward
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
jblumenfeld@mnat.com
jtigan@mnat.com
jward@mnat.com

I further certify that on August 10, 2020, I caused a copy of the foregoing document to be served on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

Christopher N. Sipes
Erica N. Andersen
David A. Garr
Brianne Bharkhda
Chanson Chang
Nicholas L. Evoy
Justin Thomas Howell
Laura Dolbow
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001-4956
csipes@cov.com
eandersen@cov.com
dgarr@cov.com
bbharkhda@cov.com
cchang@cov.com
nevoy@cov.com
jhowell@cov.com

Irena Royzman
Christine Willgoos
Cristina L. Martinez
Marcus A. Colucci
Kramer Levin Naftails & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
(212) 715-9100
iroyzman@kramerlevin.com
cwillgoos@kramerlevin.com
cmartinez@kramerlevin.com
mcolucci@kramerlevin.com

Hanna Lee
Daniel Williams
Kramer Levin Naftails & Frankel LLP
990 Marsh Road
Menlo Park, CA  94025
(650) 752-1700

ldolbow@cov.com

Alexa Hansen
David Denuyl
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105
ahansen@cov.com
ddenuyl@cov.com

*Attorneys for Pharmacyclics LLC*

hlee@kramerlevin.com
ddwilliams@kramerlevin.com

*Attorneys for Janssen Biotech, Inc.*

        */s/ James L. Higgins*
James L. Higgins (No. 5021)

26883829.1