IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC. | ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No.: 18-192-CFC (CJB) (CONSOLIDATED) |
| v. | ) ) | |
| CIPLA LIMITED, et al., | ) ) | |
| Defendants. | ) | **REDACTED - PUBLIC VERSION** |
| | ) | |
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC. | ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No.: 19-434-CFC (CJB) |
| v. | ) ) | |
| ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD., | ) ) ) | **REDACTED - PUBLIC VERSION** |
| Defendants. | ) | |

**DEFENDANTS' MOTION
TO STRIKE PLAINTIFFS' UNTIMELY OPINIONS**

**APPENDIX, VOLUME 1 (A-1 to A-5)**

# Appendix A-1 to A-5 Redacted in its Entirety

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC. | ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No.: 18-192-CFC (CJB) (CONSOLIDATED) |
| v. | ) ) ) | |
| CIPLA LIMITED, et al., | ) ) ) | **REDACTED - PUBLIC VERSION** |
| Defendants. | ) ) | |
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC. | ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No.: 19-434-CFC (CJB) |
| v. | ) ) ) | |
| ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD., | ) ) ) | **REDACTED - PUBLIC VERSION** |
| Defendants. | ) | |

**DEFENDANTS' MOTION**
**TO STRIKE PLAINTIFFS' UNTIMELY OPINIONS**

**APPENDIX, VOLUME 2 (A-6 to A-10)**

# Appendix A-6 to A-10 Redacted in its Entirety

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC. | ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No.: 18-192-CFC (CJB) (CONSOLIDATED) |
| v. | ) ) | |
| CIPLA LIMITED, et al., | ) ) | |
| Defendants. | ) ) | **REDACTED - PUBLIC VERSION** |
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC. | ) ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No.: 19-434-CFC (CJB) |
| v. | ) ) | |
| ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD., | ) ) ) | **REDACTED - PUBLIC VERSION** |
| Defendants. | ) | |

**DEFENDANTS' MOTION
TO STRIKE PLAINTIFFS' UNTIMELY OPINIONS**

**APPENDIX, VOLUME 3a (A-11 PART 1)**

# Appendix A-11 PART 1 Redacted in its Entirety

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC. | ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No.: 18-192-CFC (CJB) (CONSOLIDATED) |
| v. | ) ) | ▮▮▮▮▮▮ |
| CIPLA LIMITED, et al., | ) ) | **REDACTED - PUBLIC VERSION** |
| Defendants. | ) ) | |
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC. | ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No.: 19-434-CFC (CJB) |
| v. | ) ) | ▮▮▮▮▮▮ |
| ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD., | ) ) ) | **REDACTED - PUBLIC VERSION** |
| Defendants. | ) | |

**DEFENDANTS' MOTION
TO STRIKE PLAINTIFFS' UNTIMELY OPINIONS**

**APPENDIX, VOLUME 3b (A-11 PART 2)**

# Appendix A-11 PART 2 Redacted in its Entirety

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC. | ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No.: 18-192-CFC (CJB) (CONSOLIDATED) |
| v. | ) ) | ▮▮▮▮▮▮▮▮▮▮ |
| CIPLA LIMITED, et al., | ) ) | **REDACTED - PUBLIC VERSION** |
| Defendants. | ) ) | |
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC. | ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No.: 19-434-CFC (CJB) |
| v. | ) ) | ▮▮▮▮▮▮▮▮▮▮ |
| ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD., | ) ) ) | **REDACTED - PUBLIC VERSION** |
| Defendants. | ) | |

**DEFENDANTS' MOTION
TO STRIKE PLAINTIFFS' UNTIMELY OPINIONS**

**APPENDIX, VOLUME 4 (A-12 to A-18)**

# Appendix A-12 to A-18 Redacted in its Entirety

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC. | ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No.: 18-192-CFC (CJB) (CONSOLIDATED) |
| v. | ) ) | |
| CIPLA LIMITED, et al., | ) ) | **REDACTED - PUBLIC VERSION** |
| Defendants. | ) ) | |
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC. | ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No.: 19-434-CFC (CJB) |
| v. | ) ) | |
| ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD., | ) ) ) | **REDACTED - PUBLIC VERSION** |
| Defendants. | ) | |

**DEFENDANTS' MOTION
TO STRIKE PLAINTIFFS' UNTIMELY OPINIONS**

**APPENDIX, VOLUME 5 (A-19 to A-22)**

# Appendix A-19 to A-22 Redacted in its Entirety