IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CIPLA LIMITED, et al.,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 18-192 (CFC) (CJB)<br>CONSOLIDATED<br><br>**REDACTED -<br>PUBLIC VERSION** |
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALVOGEN PINE BROOK LLC and<br>NATCO PHARMA LTD.,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-434 (CFC) (CJB)<br><br>**REDACTED -<br>PUBLIC VERSION** |

**PLAINTIFFS' MOTION TO STRIKE
DEFENDANTS' UNTIMELY EXPERT OPINIONS**

Plaintiffs Pharmacyclics LLC and Janssen Biotech, Inc. hereby move to strike the untimely opinions of Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd.'s expert Dr. Jennifer Swift and Defendants Zydus Worldwide DMCC, Cadila Healthcare Limited, Sandoz Inc., and Lek Pharmaceuticals d.d.'s expert Dr. Gregory A. Stephenson. The grounds for this motion are set forth in Plaintiffs' Opening Letter Brief and supporting papers submitted herewith.

**Original Filing Date: August 10, 2020**
**Redacted Filing Date: August 17, 2020**

OF COUNSEL:

Christopher N. Sipes
Erica N. Andersen
David A. Garr
Brianne Bharkhda
Chanson Chang
Nicholas L. Evoy
Justin Thomas Howell
Laura Dolbow[1]
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000

Alexa Hansen
David Denuyl
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000

*Attorneys for Pharmacyclics LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Jennifer A. Ward (#6467)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com
jward@mnat.com

*Attorneys for Plaintiffs*

---

[1] Member of the Bar of Tennessee, District of Columbia Bar membership pending; supervised by principals of the Firm.

Irena Royzman
Marcus A. Colucci
Cristina L. Martinez
Jonathan Pepin
Christine Willgoos
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036
(212) 715-9100

Hannah Lee
Daniel Williams
Phuong Nguyen
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
(650) 752-1700

*Attorneys for Janssen Biotech, Inc.*

August 10, 2020

## **7.1.1 CERTIFICATION**

I hereby certify that counsel for the parties, including Delaware counsel, discussed the subject of the foregoing motion and that we have not been able to reach agreement.

*/s/ Jeremy A. Tigan*

_____

Jeremy A. Tigan (#5239)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA LIMITED, et al., <br><br> Defendants. | C.A. No. 18-192 (CFC) (CJB) <br> CONSOLIDATED <br><br> **REDACTED -** <br> **PUBLIC VERSION** |
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD., <br><br> Defendants. | C.A. No. 19-434 (CFC) (CJB) <br><br> **REDACTED -** <br> **PUBLIC VERSION** |

### [PROPOSED] ORDER

THIS MATTER having come before the Court on the letter briefing of Plaintiffs Pharmacyclics LLC and Janssen Biotech, Inc. (collectively, "Plaintiffs") bringing a Motion to Strike opinions from expert reports submitted on behalf of Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd. (together "Alvogen"); Zydus Worldwide DMCC and Cadila Healthcare Limited (together, "Zydus"); and Sandoz Inc. and Lek Pharmaceuticals D.D. (together, "Sandoz") (collectively "Defendants");

IT IS HEREBY ORDERED that:

1. Dr. Swift's theories that the claim terms "unsolvated" and "non-hygroscopic" are struck (Swift OI Rebuttal ¶¶ 220–25, 230–42; Swift NI Rebuttal ¶¶ 213, 227–35), Swift Reply ¶¶ 315–16);

2. Dr. Swift's reliance on and opinions related to IMBPCYC00335771–887, IMBPCYC04655029–163, IMBPCYC00151893–906, and IMBPCYC05323146–180 in support of anticipation theories are struck (Swift Reply ¶¶ 47–56, 57–63, 65, 71–89, 93, 111, 129, 148);

3. Dr. Swift's reliance on and opinions related to a European patent application (EP2854859) and its prosecution history in support of invalidity theories are struck (Swift Reply ¶¶ 154–56, 195, 276–77, 319–20);

4. Dr. Swift's anticipation arguments based on the Advani 2010 and Fowler 2010 references presented in Dr. Swift's reply are struck (Swift Reply ¶¶ 47–48, 56, 58, 62–63, 65–67, 71, 90 114–150);

5. Dr. Swift's anticipation arguments directed to the '455, '548, and '140 Patents presented in Dr. Swift's reply are struck (Swift Reply ¶¶ 98–113, 116–131, 135–150, 164–179);

6. Dr. Swift's analysis that claims 1 and 17 of the '753 Patent are obvious over the claims of the '455 Patent presented in Dr. Swift's reply are struck (Swift Reply ¶¶ 259–61); and

7. Dr. Stephenson's reliance on and opinions related to Fowler 2010, Honigberg 2010, Buggy, and Honigberg '742 are struck (Stephenson Reply ¶¶ 42–47, 68, 76, 81, 82, 90, 96, 102).

SO ORDERED this ___ day of August, 2020.

_____
The Honorable Christopher J. Burke

# CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 10, 2020, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu A. Palapura, Esquire<br>Stephanie E. O'Byrne, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Defendants Zydus Worldwide DMCC and Cadila Healthcare Limited* | VIA ELECTRONIC MAIL |
| Jay R. Deshmukh, Esquire<br>Hershy Stern, Esquire<br>Jayita Guhaniyogi, Esquire<br>Shelley Ivan, Esquire<br>M. Diana Danca, Esquire<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019<br>*Attorneys for Defendants Zydus Worldwide DMCC and Cadila Healthcare Limited* | VIA ELECTRONIC MAIL |
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>*Attorneys for Defendants Sandoz Inc. and Lek Pharmaceuticals d.d.* | VIA ELECTRONIC MAIL |

Natalie C. Clayton, Esquire  
ALSTON & BIRD LLP  
90 Park Avenue  
New York, NY  10016  
*Attorneys for Defendants Sandoz Inc. and*  
*Lek Pharmaceuticals d.d.*

*VIA ELECTRONIC MAIL*

Shri Abhyankar, Esquire  
ALSTON & BIRD LLP  
One Atlantic Center  
1201 West Peachtree Street, Suite 4900  
Atlanta, GA  30309-3424  
*Attorneys for Defendants Sandoz Inc. and*  
*Lek Pharmaceuticals d.d.*

*VIA ELECTRONIC MAIL*

Kirk T. Bradley, Esquire  
ALSTON & BIRD LLP  
Bank of America Plaza  
101 South Tryon Street, Suite 4000  
Charlotte, NC  28280-4000  
*Attorneys for Defendants Sandoz Inc. and*  
*Lek Pharmaceuticals d.d.*

*VIA ELECTRONIC MAIL*

Melanie K. Sharp, Esquire  
James L. Higgins, Esquire  
Steven W. Lee, Esquire  
YOUNG CONAWAY STARGATT & TAYLOR, LLP  
1000 North King Street  
Wilmington, DE  19801  
*Attorneys for Defendants Alvogen Pine Brook LLC*  
*and Natco Pharma Ltd.*

*VIA ELECTRONIC MAIL*

Siegmund Y. Gutman, Esquire  
David M. Hanna, Esquire  
Michelle M. Ovanesian, Esquire  
Christopher D. Lynch, Ph.D.  
PROSKAUER ROSE LLP  
2029 Century Park East, Suite 2400  
Los Angeles, CA  90067-3010  
*Attorneys for Defendants Alvogen Pine Brook LLC*  
*and Natco Pharma Ltd.*

*VIA ELECTRONIC MAIL*

Kimberly Q. Li, Esquire  *VIA ELECTRONIC MAIL*
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
*Attorneys for Defendants Alvogen Pine Brook LLC*
*and Natco Pharma Ltd.*

*/s/ Jeremy A. Tigan*

_____

Jeremy A. Tigan (#5239)

3