

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

**James L. Higgins**
P 302.571.5034
F 302.576.3543
jhiggins@ycst.com

August 21, 2020

**BY E-FILE**
The Honorable Christopher J. Burke
U.S. District Court for the District of
Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Pharmacyclics LLC et al. v. Cipla LTD, et al.*,
            C.A. No. 18-192 (CFC) (CJB) (Consolidated);
            *Pharmacyclics LLC et al. v. Alvogen Pine Brook, LLC et al.*,
            C. A. No. 19-434 (CFC) (CJB)

Dear Judge Burke:

    The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

    The following attorneys, including at least one Delaware counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer on the following dates: July 15, 2020; August 17, 2020; August 21, 2020.

    Delaware Counsel: Jack Blumenfeld and Jeremy Tigan (Plaintiffs); James Higgins (Alvogen/Natco), David Moore (Zydus/Cadila), Dominick Gattuso (Sandoz/Lek) (collectively, "Defendants").

    Lead Counsel: Erica Andersen, Brianne Bharkdha (Pharmacyclics); Irena Royzman (Janssen); David Hanna, Gourdin Sirles (Alvogen/Natco), Diana Danca, Hershy Stern (Zydus/Cadila), Natalie Clayton (Sandoz/Lek).

    The disputes requiring judicial attention are:

    BY DEFENDANTS: 1. With respect to each Defendant, Plaintiffs' refusal to withdraw from their expert reports certain citations to confidential documents of other defendants, as well as any expert opinion that relies upon such documents, and Plaintiffs' use of such confidential documents of other defendants against a Defendant.

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P  302.571.6600    F  302.571.1253   YoungConaway.com

Young Conaway Stargatt & Taylor, LLP
The Honorable Christopher J. Burke
August 21, 2020
Page 2

    2.  Plaintiffs' refusal to produce Dr. Bodmeier for deposition in the time frame requested by Alvogen/Natco.

Respectfully,

*/s/ Melanie K. Sharp*

Melanie K. Sharp (No. 2501)

cc:    All Counsel of Record (via CM/ECF and e-mail)

26939691.1