**HEYMAN ENERIO**
**GATTUSO & HIRZEL**
LLP
PRACTICING THE ART OF LAW

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472 7300 • Fax: (302) 472.7320 • WWW.HEGH.LAW

Direct Dial: (302) 472-7311
Email: dgattuso@hegh.law

August 25, 2020

**VIA ECF**

The Honorable Christopher J. Burke
United States District Court
For the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:     *Pharmacyclics LLC et al v. Cipla Limited et al*, C.A. 18-192-CFC-CJB
        *Pharmacyclics LLC et al v. Alvogen Pine Brook LLC et al*, C.A. 19-434-CFC-CJB

Dear Judge Burke:

Pursuant to Your Honor's comments during the discovery teleconference yesterday in the above-referenced actions, I write on behalf of the parties regarding the status teleconference with Judge Connolly today. Judge Connolly confirmed that the trial in these actions will go forward starting on October 13, 2020.

Counsel are available at the convenience of the Court should Your Honor have any questions.

Respectfully,

*/s/ Dominick T. Gattuso*

Dominick T. Gattuso (#3630)

cc:     All Counsel of Record via Electronic Mail