# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACYCLICS LLC, and<br>JANSSEN BIOTECH, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No. 18-192-CFC-CJB<br>(consolidated) |
| v. | )<br>) | C.A. No. 19-434-CFC-CJB |
| CIPLA LIMITED, et al., | )<br>) | |
| Defendants. | ) | |

## JOINT MOTION FOR TELECONFERENCE
## TO RESOLVE DISCOVERY DISPUTES

The parties respectfully move this Court to schedule a teleconference to address the outstanding disputes regarding discovery matters identified in D.I. 454 (C.A. No. 18-192-CFC-CJB) and D.I. 249 (C.A. No. 19-434-CFC-CJB).

The parties will file submissions in accordance with the Court's August 24, 2020 Oral Order and present their respective positions during the teleconference scheduled for September 8, 2020 at 4:00 PM.  In advance of the teleconference, Defendants will file their opening letter of no more than 3 single-spaced pages, in no less than 12-point font, on August 27, 2020 and Plaintiffs will provide their responsive letter of no more than 3 single-spaced pages, in no less than 12-point font, on or before September 3, 2020.  Counsel for Defendants will initiate the call, and the parties will jointly provide the Courtroom Deputy with a dial-in number no later than September 3, 2020.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| /s/ Jeremy A. Tigan | /s/ David E. Moore |
| _____ | _____ |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br><br>*Attorneys for Pharmacyclics LLC and Janssen Biotech, Inc.* | David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br><br>*Attorneys for Zydus Worldwide DMCC and Cadila Healthcare Limited* |
| HEYMAN ENERIO GATTUSO & HIRZEL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Dominick T. Gattuso | /s/ James L. Higgins |
| _____ | _____ |
| Dominick T. Gattuso (#3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br><br>*Attorneys for Sandoz Inc. and Lek Pharmaceuticals d.d.* | Melanie K. Sharp (#2501)<br>James L. Higgins (#5021)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br><br>*Attorneys for Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd.* |

Dated: August 27, 2020