IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC. | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No.: 19-434-CFC-CJB ) |
| ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD., | ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' STIPULATED AND [PROPOSED] ORDER REGARDING**

**INFRINGEMENT**

Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd. ("Defendants"), by their undersigned counsel, hereby stipulate and agree, as follows:

WHEREAS Pharmacyclics has represented that it owns United States Patent Nos. 8,008,309 (the '309 Patent"); 8,754,090 ("the '090 Patent"); 9,725,455 ("the '455 Patent"); 10,106,548 ("the '548 Patent"); and 10,125,140 ("the '140 Patent") (collectively, the "Pharmacyclics/Janssen Patents");

WHEREAS Defendants represent that Alvogen has filed Abbreviated New Drug Application No. 212763 ("ANDA") seeking approval from the U.S. Food and Drug Administration ("FDA") to engage in the commercial manufacture, use, and/or sale of 140 mg, 280 mg, 420 mg, and 560 mg ibrutinib tablets, and for Alvogen's associated labeling, that is the subject of this action ("Alvogen's ANDA Products") before the expiration of the Pharmacyclics/Janssen Patents;

WHEREAS on February 3, 2020, the Court issued a Claim Construction Order, construing certain terms of the patents at issue, including the Pharmacyclics/Janssen Patents (D.I. 168);

NOW THEREFORE, Defendants, their successors, and assigns hereby stipulate that:

1.  In view of the Court's Claim Construction Order, Defendants stipulate that the filing of Alvogen's ANDA seeking approval from FDA to engage in the commercial manufacture, use and/or sale of Alvogen's ANDA Products infringes the following claims: claim 10 of the '309 Patent; claim 2 of the '090 Patent; claims 5 and 12 of the '455 Patent; claims 18-19 of the '548 Patent; and claim 4 of the '140 Patent under 35 U.S.C. § 271(e) (collectively, the "Stipulated Claims"), provided that the claim is not proven invalid or unenforceable.

2.  If approved by the FDA, in view of the Court's Claim Construction Order, Defendants stipulate that the commercial manufacture, use and/or sale of Alvogen's ANDA Products in the United States would infringe claim 10 of the '309 Patent; claim 2 of the '090 Patent; claims 5 and 12 of the '455 Patent; and claims 18-19 of the '548 Patent; and claim 4 of the '140 Patent, provided that the claim is not proven invalid or unenforceable.

3.  This Stipulated Order is not a final judgment on Plaintiffs' claims for patent infringement, as Defendants' defenses remain to be litigated, and nothing in this Stipulated Order shall be construed as an admission of any future likelihood of success on the merits with respect to any future proceeding.

4.  This Stipulated Order is without prejudice to Defendants' right to appeal the Claim Construction Order or any prior or future Order issued by the Court once a final appealable judgment in this action is entered.

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                */s/ James L. Higgins*
                _____
                Melanie K. Sharp (No. 2501)
                James L. Higgins (No. 5021)
                Steven W. Lee (No. 6676)
                1000 North King Street
                Wilmington, DE  19801
                (302) 571-6600
                msharp@ycst.com
                jhiggins@ycst.com
                slee@ycst.com

                *Attorneys for Alvogen Pine Brook LLC and Natco Pharma Ltd.*

Dated: September 18, 2020

      SO ORDERED this _____ day of _____, 2020.

                          _____
                          United States District Judge