# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

JACK B. BLUMENFELD
(302) 351-9291
jblumenfeld@mnat.com

September 18, 2020

The Honorable Colm F. Connolly  *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Pharmacyclics LLC, et al. v. Alvogen Pine Brook, LLC, et al.*
             C.A. No. 19-434 (CFC)

Dear Judge Connolly:

      This morning, the Defendants in this action unilaterally filed a proposed order regarding infringement (D.I. 273) without notice to the Plaintiffs and without telling the Court that Plaintiffs disagree with the proposed order. The proposed order is not "stipulated," notwithstanding its title, and Plaintiffs were surprised by the filing because, as of last night, Plaintiffs informed Defendants they would not agree to the language of the stipulation filed this morning. Plaintiffs emailed Defendants this morning asking that the filing be withdrawn, but we have not received a response.

      To be clear, Plaintiffs disagree with the filed order. Accordingly, we respectfully request that the Court not enter it. If the parties cannot reach agreement on an infringement stipulation, Plaintiffs will be prepared to discuss this issue during the pretrial conference.

                                                        Respectfully,

                                                          */s/ Jack B. Blumenfeld*

                                                          Jack B. Blumenfeld (#1014)

JBB/dss
cc:     Clerk of the Court (via hand delivery)
         All Counsel of Record (via electronic mail)