

**WILMINGTON**
RODNEY SQUARE

**James L. Higgins**
P 302.571.5034
F 302.576.3543
jhiggins@ycst.com

September 18, 2020

**BY E-FILE**

The Honorable Colm F. Connolly
United States District Court of Delaware
844 North King Street
Wilmington, DE  19801

> Re: *Pharmacyclics LLC and Janssen Biotech, Inc. v. Alvogen Pine Brook LLC and Natco Pharma Ltd.*
> C.A. No.:  19-434-CFC

Dear Judge Connolly:

Defendants (Alvogen and Natco) filed their stipulation to the infringement of certain claims so that it is clear to the parties and the Court that infringement of those claims is no longer an issue in the upcoming trial. Defendants hoped that Plaintiffs would agree to the terms of the stipulation so that the parties could file a *joint* stipulation, but Plaintiffs were unwilling to agree to a stipulation that includes the clauses at the end of paragraphs 1 and 2 providing that Defendants infringe unless the patent claim is found to be invalid or unenforceable. The precise language for this clause was copied from a number of other stipulations of infringement executed by Janssen, one of the Plaintiffs.

Defendants will be prepared to address this issue at the pretrial conference, if necessary, but do not understand why Plaintiffs believe that Defendants are required to obtain Plaintiffs' agreement on the terms under which *Defendants* are willing to stipulate they infringe, or even why Plaintiffs would want to object to a stipulation of infringement being made by Defendants.  If Plaintiffs believe Defendants' stipulation is unsatisfactory and that they still must put on their infringement case concerning the claims at issue in the stipulation, that is indeed regrettable.

Respectfully,
*/s/ James L. Higgins*
James L. Higgins (No. 5021)

cc: All Counsel of Record (by e-mail)
27062617.1

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P   302.571.6600   F   302.571.1253   YoungConaway.com