IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA LIMITED, et al., <br><br> Defendants. | ) ) ) ) ) ) ) Civ. No. 18-192-CFC/CJB ) (CONSOLIDATED) ) ) ) ) |
| PHARMACYCLICS, LLC and JANSSEN BIOTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALVOGEN PINE BROOK, LLC and NATCO PHARMA LTD., <br><br> Defendants. | ) ) ) ) ) ) ) Civ. No. 19-434-CFC/CJB ) ) ) ) ) |

**ORDER**

The Court has reviewed the Joint [Proposed] Pretrial Order and has decided that each side will have no more than 27 hours to present its evidence and make arguments at trial. The Court may reduce that number during trial if it determines that less time is required.

As the Court explained to the parties during the last teleconference, the Court has a criminal trial in another district that begins on October 26th. Therefore,

the parties' proposed schedule is not acceptable. The Court also has two *Markman* hearings and multiple other proceedings scheduled for the two weeks beginning October 12th. Accordingly, trial in this case will proceed as follows:

| Date | Beginning Time | End Time | Breaks | Total Hours |
|---|---|---|---|---|
| Tuesday 10/13 | 8:30 a.m. | 6:00 p.m. | 12-1 and mid-morning and mid-afternoon breaks | 8.0 |
| Wednesday 10/14 | 9:00 a.m. | 6:00 p.m. | 12-12:30 and mid-morning and mid-afternoon breaks | 8.0 |
| Thursday 10/15 | 8:30 a.m. | 6:00 p.m. | 12-12:30 and mid-morning and mid-afternoon breaks | 8.5 |
| Friday 10/16 | 8:30 a.m. | 5:00 p.m. | 12-1:00 and mid-morning and mid-afternoon breaks | 7.0 |
| Monday 10/19 | 8:30 a.m. | 6:00 p.m. | 12-12:30 and mid-morning and mid-afternoon breaks | 8.5 |
| Tuesday 10/20 | 8:30 a.m. | 6:00 p.m. | 12-12:30 and mid-morning and mid-afternoon breaks | 8.5 |
| Wednesday 10/21 | 8:30 a.m. | 3:30 p.m. | 11:45-1:00 and mid-morning break | 5.5 |

9.22.20
Date

_____
United States District Judge