# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and <br> JANSSEN BIOTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA LIMITED, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 18-192 (CFC) (CJB) <br> ) CONSOLIDATED <br> ) <br> ) <br> ) |
| PHARMACYCLICS LLC and <br> JANSSEN BIOTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALVOGEN PINE BROOK LLC and <br> NATCO PHARMA LTD., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 19-434 (CFC) (CJB) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to submit redacted versions of the Proposed Pretrial Order (Volumes 1-14), *see* C.A. No. 18-192, D.I. 482-D.I. 495; C.A. No. 19-434, D.I. 276-D.I.289, is extended through and including October 30, 2020. No other deadlines are impacted by this extension.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Bindu A. Palapura* |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) | David E. Moore (#3983) |
| Jeremy A. Tigan (#5239) | Bindu A. Palapura (#5370) |
| Jennifer A. Ward (#6476) | Stephanie E. O'Byrne (#4446) |
| 1201 North Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 North Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 984-6000 |
| jblumenfeld@mnat.com | dmoore@potteranderson.com |
| jtigan@mnat.com | bpalapura@potteranderson.com |
| jward@mnat.com | sobyrne@potteranderson.com |

*Attorneys for Pharmacyclics LLC and Janssen Biotech, Inc.*

*Attorneys for Zydus Worldwide DMCC and Cadila Healthcare Limited*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ James L. Higgins*

_____
Melanie K. Sharp (#2501)
James L. Higgins (#5021)
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com

*Attorneys for Alvogen Pine Brook LLC and Natco Pharma Ltd.*

2

HEYMAN ENERIO GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*

_____
Dominick T. Gattuso (# 3630)
300 Delaware Avenue
Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendants Sandoz Inc.
and Lek Pharmaceuticals d.d.*

SO ORDERED, this _____ day of September 2020.

_____
UNITED STATES DISTRICT JUDGE

6887338/44926