IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CIPLA LIMITED, et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 18-192 (CFC) (CJB)<br>) CONSOLIDATED<br>)<br>)<br>) |
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 19-434 (CFC) (CJB)<br>)<br>)<br>)<br>) |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to submit redacted versions of the Proposed Pretrial Order (Volumes 1-14), *see* C.A. No. 18-192, D.I. 482-D.I. 495; C.A. No. 19-434, D.I. 276-D.I.289, is extended through and including November 13, 2020.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Jennifer A. Ward* | */s/ Bindu A. Palapura* |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) <br> Jeremy A. Tigan (#5239) <br> Jennifer A. Ward (#6476) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> jtigan@mnat.com <br> jward@mnat.com | David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Stephanie E. O'Byrne (#4446) <br> Hercules Plaza, 6th Floor <br> 1313 North Market Street <br> Wilmington, DE 19801 <br> (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> sobyrne@potteranderson.com |
| *Attorneys for Pharmacyclics LLC and Janssen Biotech, Inc.* | *Attorneys for Zydus Worldwide DMCC and Cadila Healthcare Limited* |
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | */s/ Steven W. Lee* |
| | _____ |
| | Melanie K. Sharp (#2501) <br> James L. Higgins (#5021) <br> Steven W. Lee (#6676) <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> msharp@ycst.com <br> jhiggins@ycst.com <br> slee@ycst.com |
| | *Attorneys for Alvogen Pine Brook LLC and Natco Pharma Ltd.* |

        HEYMAN ENERIO GATTUSO & HIRZEL LLP

        */s/ Dominick T. Gattuso*

        _____
        Dominick T. Gattuso (#3630)
        300 Delaware Avenue
        Suite 200
        Wilmington, DE 19801
        (302) 472-7300
        dgattuso@hegh.law

        *Attorneys for Sandoz Inc. and Lek Pharmaceuticals d.d.*

October 29, 2020

    SO ORDERED, this _____ day of October, 2020.

        _____
        UNITED STATES DISTRICT JUDGE