IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC. | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD., | ) ) ) |
| Defendants. | ) |

C. A. No.: 19-434-CFC-CJB

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that pursuant to Local Rule 83.7, Steven W. Lee, formerly of Young Conaway Stargatt & Taylor, LLP, hereby withdraws his appearance as counsel of record on behalf of Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd. ("Alvogen") in the above-captioned matter. Alvogen continues to be represented by Melanie K. Sharp and James L. Higgins of Young Conaway Stargatt & Taylor, LLP as well as all counsel of record from Proskauer Rose LLP in this matter.

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | /s/ James L. Higgins |
|  | _____ |
|  | Melanie K. Sharp (No. 2501) |
|  | James L. Higgins (No. 5021) |
|  | 1000 North King Street |
|  | Wilmington, DE 19801 |
|  | (302) 571-6600 |
|  | msharp@ycst.com |
|  | jhiggins@ycst.com |
|  |  |
|  | PROSKAUER ROSE LLP |
|  | Siegmund Y. Gutman |
|  | David M. Hanna |
|  | Christopher D. Lynch |
|  | Michelle M. Ovanesian* |
|  | 2029 Century Park East, Suite 2400 |
|  | Los Angeles, CA 90067-3010 |
|  | (310) 557-2900 |
|  |  |
|  | Gourdin W. Sirles |
|  | Kimberly Q. Li |
|  | One International Place |
|  | Boston, MA 02110-2600 |
|  | (617) 526-9600 |
|  |  |
|  | *Admitted to Practice in Delaware and Washington D. C. Only |
|  |  |
| Dated: January 19, 2021 | *Attorneys for Alvogen Pine Brook LLC and Natco Pharma Ltd.* |