IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD.,<br><br>Defendants. | C. A. No.: 19-434-CFC-CJB |

## NOTICE OF WITHDRAWAL OF *PRO HAC VICE* COUNSEL

PLEASE TAKE NOTICE that pursuant to Local Rule 83.7, Kimberly Q. Li, formerly of Proskauer Rose LLP, hereby withdraws her appearance as counsel of record on behalf of Defendants Alvogen Pine Brook, LLC and Natco Pharma Ltd. ("Alvogen") in the above-captioned matter. Alvogen continues to be represented by Melanie K. Sharp and James L. Higgins of Young Conaway Stargatt & Taylor, LLP as well as all counsel of record from Proskauer Rose LLP in this matter.

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ James L. Higgins*
        _____
        Melanie K. Sharp (No. 2501)
        James L. Higgins (No. 5021)
        1000 North King Street
        Wilmington, DE  19801
        (302) 571-6600
        msharp@ycst.com
        jhiggins@ycst.com

        PROSKAUER ROSE LLP
        Siegmund Y. Gutman
        David M. Hanna
        Michelle M. Ovanesian*
        2029 Century Park East, Suite 2400
        Los Angeles, CA  90067-3010
        (310) 557-2900

        Gourdin W. Sirles
        One International Place
        Boston, MA  02110-2600
        (617) 526-9600

        *Admitted to Practice in Delaware and Washington D. C. Only

Dated: February 1, 2021        *Attorneys for Alvogen Pine Brook LLC and Natco Pharma Ltd.*

27646096.1