IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD.,<br><br>Defendants. | C. A. No.: 19-434-CFC-CJB |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Defendants' Proposed Preliminary Claim Constructions and Identification of Intrinsic Evidence, and this Notice were caused to be served on February 1, 2021, upon the following in the manner indicated:

**BY E-MAIL**
 Jack B. Blumenfeld
 Jeremy A. Tigan
 Jennifer A. Ward
 Morris, Nichols, Arsht & Tunnell LLP
 1201 North Market Street
 P.O. Box 1347
 Wilmington, DE  19899
 jblumenfeld@mnat.com
 jtigan@mnat.com
 jward@mnat.com

**BY E-MAIL**

Christopher N. Sipes
Erica N. Andersen
David A. Garr
Brianne Bharkhda
Eric R. Sonnenschein
Chanson Chang
Nicholas L. Evoy
Justin Thomas Howell
Laura Dolbow
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001-4956
csipes@cov.com
eandersen@cov.com
dgarr@cov.com
bbharkhda@cov.com
esonnenschein@cov.com
cchang@cov.com
nevoy@cov.com
jhowell@cov.com
ldolbow@cov.com

Alexa Hansen
David Denuyl
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105
ahansen@cov.com
ddenuyl@cov.com

*Attorneys for Pharmacyclics LLC*

Irena Royzman
Christine Willgoos
Cristina L. Martinez
Marcus A. Colucci
Kramer Levin Naftails & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
(212) 715-9100
iroyzman@kramerlevin.com
cwillgoos@kramerlevin.com
cmartinez@kramerlevin.com
mcolucci@kramerlevin.com

Hanna Lee
Daniel Williams
Kramer Levin Naftails & Frankel LLP
990 Marsh Road
Menlo Park, CA  94025
(650) 752-1700
hlee@kramerlevin.com
ddwilliams@kramerlevin.com

*Attorneys for Janssen Biotech, Inc.*

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ James L. Higgins*<br>_____<br>Melanie K. Sharp (No. 2501)<br>James L. Higgins (No. 5021)<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>msharp@ycst.com<br>jhiggins@ycst.com<br><br>PROSKAUER ROSE LLP<br>Siegmund Y. Gutman<br>David M. Hanna<br>Michelle M. Ovanesian*<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA  90067-3010<br>(310) 557-2900<br><br>*Admitted to Practice in Delaware and Washington D. C. Only<br><br>*Attorneys for Alvogen Pine Brook LLC and Natco Pharma Ltd.* |
| Dated: February 1, 2021 |  |

27666500.1