IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA LIMITED, et al., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 18-192 (CFC) (CJB) ) CONSOLIDATED ) ) ) ) |
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 19-434 (CFC) (CJB) ) ) ) ) ) ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE THAT Jennifer A. Ward of MORRIS, NICHOLS, ARSHT & TUNNELL, LLP hereby withdrawals as counsel for Plaintiffs Pharmacyclics LLC and Janssen Biotech, Inc. (collectively, "Plaintiffs") in the above-captioned matters. Plaintiffs will continue to be represented by the firms of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, COVINGTON & BURLING LLP and KRAMER LEVIN NAFTALIS & FRANKEL LLP.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Jennifer A. Ward* |
|  | Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>Jennifer A. Ward (#6476)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br>jward@morrisnichols.com |
| OF COUNSEL: | *Attorneys for Plaintiffs Pharmacyclics LLC and Janssen Biotech, Inc.* |
| Christopher N. Sipes<br>Erica N. Andersen<br>Brianne Bharkhda<br>Chanson Chang<br>Nicholas L. Evoy<br>Justin Thomas Howell<br>Laura Dolbow<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 20001-4956<br>(202) 662-6000 |  |
| Alexa Hansen<br>David Denuyl<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105<br>(415) 591-6000 |  |
| *Attorneys for Pharmacyclics LLC* |  |

Irena Royzman
Christine Willgoos
Marcus A. Colucci
Jennifer Liu
Jonathan R. Pepin
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

Hannah Lee
Daniel Williams
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
(650) 752-1700

*Attorneys for Janssen Biotech, Inc.*

March 11, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 11, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO<br>  & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>*Attorneys for Defendants Sandoz Inc.*<br>*and Lek Pharmaceuticals d.d.* | *VIA ELECTRONIC MAIL* |
| Natalie C. Clayton, Esquire<br>Madeline E. Byrd, Esquire<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY  10016<br>*Attorneys for Defendants Sandoz Inc.*<br>*and Lek Pharmaceuticals d.d.* | *VIA ELECTRONIC MAIL* |
| Shri Abhyankar, Esquire<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street, Suite 4900<br>Atlanta, GA  30309-3424<br>*Attorneys for Defendants Sandoz Inc.*<br>*and Lek Pharmaceuticals d.d.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Kirk T. Bradley, Esquire<br>ALSTON & BIRD LLP<br>Bank of America Plaza<br>101 South Tryon Street, Suite 4000<br>Charlotte, NC 28280-4000<br>*Attorneys for Defendants Sandoz Inc.*<br>*and Lek Pharmaceuticals d.d.* | *VIA ELECTRONIC MAIL* |
| Melanie K. Sharp, Esquire<br>James L. Higgins, Esquire<br>Steven W. Lee, Esquire<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendants Alvogen Pine*<br>*Brook LLC and Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |
| Siegmund Y. Gutman, Esquire<br>David M. Hanna, Esquire<br>Michelle M. Ovanesian, Esquire<br>Christopher D. Lynch, Ph.D.<br>PROSKAUER ROSE LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067-3010<br>*Attorneys for Defendants Alvogen Pine*<br>*Brook LLC and Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |
| Kimberly Q. Li, Esquire<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110<br>*Attorneys for Defendants Alvogen Pine*<br>*Brook LLC and Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer A. Ward*
_____
Jennifer A. Ward (#6476)