IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALVOGEN PINE BROOK LLC and<br>NATCO PHARMA LTD.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 19-434 (CFC) (CJB)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND [~~PROPOSED~~] ORDER

**WHEREAS** the 30-month stay of FDA approval of Alvogen Pine Brook LLC's ("Alvogen") ANDA 212763 expires on or about July 17, 2021;

**IT IS HEREBY STIPULATED**, subject to the approval of the Court, that, in the event Defendants Alvogen and Natco Pharma Ltd. (collectively, "Defendants") intend to launch Alvogen's ANDA Product prior to this Court's decision, Defendants shall give written notice to the Court and Plaintiffs at least thirty days before any such launch.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *Jeremy A. Tigan* | /s/ *James L. Higgins* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com | Melanie K. Sharp (#2501)<br>James L. Higgins (#5021)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>msharp@ycst.com<br>jhiggins@ycst.com |
| *Attorneys for Pharmacyclics LLC and Janssen Biotech, Inc.* | *Attorneys for Alvogen Pine Brook LLC and Natco Pharma Ltd.* |

June 11, 2021

SO ORDERED this 14th day of June, 2021.

_____
United States District Judge