

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Melanie K. Sharp**
P 302.571.6681
F 302.576.3333
msharp@ycst.com

July 14, 2021

**BY E-FILE AND HAND DELIVERY**

The Honorable Colm F. Connolly
United States District Court of Delaware
844 North King Street
Wilmington, DE  19801

    Re:  *Pharmacyclics LLC and Janssen Biotech, Inc. v. Alvogen Pine Brook LLC and Natco Pharma Ltd.*
           C.A. No.:  19-434-CFC (CJB)

Dear Chief Judge Connolly:

    I write on behalf of my clients, Alvogen Pine Brook LLC and Natco Pharma Ltd. (together, "Alvogen"), in response to the Court's July 13 Oral Order, directing the parties to confirm or dispute that pre-AIA law applies to the asserted claims.

    **Claim 10 of U.S. Patent No. 8,008,309 ("'309 Patent"):** Alvogen confirms that pre-AIA law applies to claim 10 of the '309 Patent, because the earliest effective filing date of claim 10 of the '309 Patent is in 2006.  *See, e.g.*, D.I. 332 (Plaintiffs' Proposed Findings of Fact), ¶¶ 48-49; D.I. 336 (Alvogen's Amended Proposed Findings of Fact), ¶ 6; *see also* D.I. 325 (Alvogen's Opening Post-Trial Brief), 7-8; D.I. 335 (Alvogen's Reply Post-Trial Brief), at 1 n.4.

    **Claim 2 of U.S. Patent No. 8,754,090 ("'090 Patent"):** Alvogen confirms that pre-AIA law applies to claim 2 of the '090 Patent, because the earliest effective filing date for claim 2 of the '090 Patent is June 3, 2010.  *See, e.g.*, D.I. 276, Ex. 1 (Pretrial Order Statement of Uncontested Facts), ¶ 40; D.I. 332 (Plaintiffs' Proposed Findings of Fact), ¶ 70; D.I. 336 (Alvogen's Amended Proposed Findings of Fact), ¶ 58.

**Young Conaway Stargatt & Taylor, LLP**
The Honorable Colm F. Connolly
July 14, 2021
Page 2

**Claim 5 of U.S. Patent No. 9,725,455 ("'455 Patent"):** Alvogen confirms that pre-AIA law applies to claim 5 of the '455 Patent, because the earliest effective filing date for claim 5 of the '455 Patent is June 4, 2012. *See, e.g.*, D.I. 276, Ex. 1 (Pretrial Order Statement of Uncontested Facts), ¶ 57; D.I. 332 (Plaintiffs' Proposed Findings of Fact), ¶ 137; D.I. 336 (Alvogen's Amended Proposed Findings of Fact), ¶ 152.

**Claims 30 and 37 of U.S. Patent No. 9,655,857 ("'857 Patent"):** Alvogen confirms that AIA law applies to claims 30 and 37 of the '857 Patent, because the earliest effective filing date for claims 30 and 37 of the '857 Patent is March 3, 2015. *See, e.g.*, D.I. 276, Ex. 1 (Pretrial Order Statement of Uncontested Facts), ¶ 81; D.I. 332 (Plaintiffs' Proposed Findings of Fact), ¶ 184; D.I. 336 (Alvogen's Amended Proposed Findings of Fact), ¶ 202.

We have attempted to respond concisely to the Court's focused inquiry and are of course available to respond promptly should the Court have any additional questions.

Respectfully,

*/s/ Melanie K. Sharp*

Melanie K. Sharp (No. 2501)

MKS

cc:   All Counsel of Record (by e-mail)

28359461.1