# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Jeremy A. Tigan
(302) 351-9106
jtigan@morrisnichols.com

July 14, 2021

The Honorable Colm F. Connolly  *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:   *Pharmacyclics LLC, et al. v. Alvogen Pine Brook, LLC, et al.*
             C.A. No. 19-434 (CFC-CJB)

Dear Judge Connolly:

    Plaintiffs write pursuant to the Court's Oral Order of July 13, 2021, requesting that the parties confirm or dispute whether pre-AIA (America Invents Act) law applies to each of the asserted claims. As set forth below, pre-AIA law applies to the '309, '090, and '455 Patents, with one caveat regarding the '309 Patent. AIA law applies to the '857 Patent. Plaintiffs further respond as follows:

- The '309 Patent ("Compound Patent") has an effective filing date of September 22, 2006 (*see* Plaintiffs' FOF (D.I. 332) ¶¶ 48–49). Therefore, pre-AIA law applies to asserted claim 10, with one exception relevant to the issues before the Court.[1] As discussed in Plaintiffs' Post-Trial Brief (D.I. 334) at 9–10, disclosure of best mode is not necessary for a proper claim of priority for "proceedings commenced on or after" the enactment of the AIA. *See* Pub. L. 112-29

---

[1] The parties' dispute regarding the priority date of claim 10 of the '309 Patent does not change the applicable law. *See* Alvogen's FOF (D.I. 336) ¶ 6.

The Honorable Colm F. Connolly
July 14, 2021
Page 2

> § 15. Because this case was commenced after the enactment of the AIA, best mode is not necessary for a claim of priority.[2]

- The '090 Patent ("Method of Treatment Patent") has an effective filing date of June 3, 2010 (Plaintiffs' FOF ¶ 70; *see* Alvogen's FOF (D.I. 336) ¶ 58), and pre-AIA law applies to asserted claim 2.

- The '455 Patent ("Crystalline Form Patent") has an effective filing date of no later than June 4, 2012 (Plaintiffs' FOF ¶ 137; *see* Alvogen's FOF ¶ 152), and pre-AIA law applies to asserted claim 5.

- The '857 Patent ("Tablet Formulation Patent") has an effective filing date of March 3, 2015 (Plaintiffs' FOF ¶ 184; *see* Alvogen's FOF ¶ 202), which is after the effective date of the AIA amendments. Thus, the AIA applies to asserted claims 30 and 37 of the '857 Patent. Although the AIA applies, Plaintiffs respectfully note that this distinction does not impact the analysis of the issues before the Court for the '857 Patent.

Respectfully,

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

JAT/rah
cc:    All Counsel of Record (via CM/ECF and electronic mail)

---

[2] Indeed, the Court need not consider Alvogen's argument based on best mode, as Alvogen did not timely raise it at any time prior to post-trial briefing. *See* Plaintiffs' Post-Trial Brief at 10.