IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC.,<br><br>             Plaintiffs,<br><br>     v.<br><br>ALVOGEN PINE BROOK LLC and<br>NATCO PHARMA LTD.,<br><br>             Defendants. | Civil Action No. 19-0434-CFC-CJB |

## ORDER

At Wilmington this 19th day of August in 2021:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that the parties shall submit no later than August 23, 2021 a proposed order by which the Court may enter final judgment consistent with the Opinion issued this day.

                                                                    _____
                                                                                CHIEF JUDGE