IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC._<br><br>Plaintiffs,<br><br>v.<br><br>ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD.,<br><br>Defendants. | C. A. No.: 19-434-CFC-CJB |

**STIPULATION AND PROPOSED ORDER**
**TO EXTEND DEADLINE TO SUBMIT PROPOSED FINAL JUDGMENT**

WHEREAS, the Court issued an Order on August 19, 2021 (D.I. 353) instructing the parties to submit "a proposed order by which the Court may enter final judgment" by August 23, 2021;

WHEREAS, Plaintiffs provided Defendants with a draft Final Judgment on Friday, August 20, 2021;

WHEREAS, due to a personal conflict involving Defendants' client contact, Defendants have requested additional time to provide edits to the draft Final Judgment that Plaintiffs provided; and

WHEREAS Plaintiffs do not object to extending the August 23 deadline to provide counsel for Defendants an opportunity to consult with their client and to allow the parties additional time to attempt to reach agreement;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Pharmacyclics LLC and Janssen Biotech, Inc. and Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd., subject to the Court's approval, that the deadline to submit a Proposed Final Judgment shall be extended through and including August 27, 2021.

Dated: August 23, 2021

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Jeremy A. Tigan | /s/ James L. Higgins |
| Jack B. Blumenfeld (No. 1014)<br>Jeremy A. Tigan (No. 5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com | Melanie K. Sharp (No. 2501)<br>James L. Higgins (No. 5021)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>msharp@ycst.com<br>jhiggins@ycst.com |
| COVINGTON & BURLING LLP<br>Christopher N. Sipes<br>Erica N. Andersen<br>David A. Garr<br>Brianne Bharkhda<br>Eric R. Sonnenschein<br>Chanson Chang<br>Nicholas L. Evoy<br>Justin Thomas Howell<br>Laura Dolbow<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 20001-4956 | PROSKAUER ROSE LLP<br>Siegmund Y. Gutman<br>David M. Hanna<br>Michelle M. Ovanesian*<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067-3010<br>(310) 557-2900<br><br>*Admitted to Practice in Delaware and Washington D. C. Only<br><br>*Attorneys for Alvogen Pine Brook LLC and Natco Pharma Ltd.* |

(202) 662-6000

Alexa Hansen
David Denuyl
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000

*Attorneys for Pharmacyclics LLC*

KRAMER LEVIN NAFTAILS &
FRANKEL LLP
Irena Royzman
Christine Willgoos
Cristina L. Martinez
Marcus A. Colucci
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

Hanna Lee
Daniel Williams
990 Marsh Road
Menlo Park, CA 94025
(650) 752-1700

*Attorneys for Janssen Biotech, Inc.*

SO ORDERED this 25th day of August, 2021.

_____
Chief United States District Judge

28514751.1