IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | C.A. No. 19-434 (CFC) (CJB) |
| ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD., | ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] FINAL JUDGMENT**

WHEREAS Defendants have filed Abbreviated New Drug Application No. 212763 ("ANDA No. 212763") seeking approval from the U.S. Food and Drug Administration ("FDA") to engage in the commercial manufacture, use, and/or sale of 140 mg, 280 mg, 420 mg, and 560 mg ibrutinib tablets, and for Defendants' associated labeling, that is the subject of this action ("Defendants' ANDA Products") before the expiration of Plaintiffs' Patents;

WHEREAS on August 19, 2021, the Court issued its Memorandum Opinion (D.I. 352) and Order (D.I. 353) finding that Claim 10 of U.S. Patent No. 8,008,309 (the "'309 Patent"), Claim 2 of U.S. Patent No. 8,754,090 (the "'090 Patent"), Claim 5 of U.S. Patent No. 9,725,455 (the "'455 Patent"), and Claims 30 and 37 of U.S. Patent No. 9,655,857 (the "'857 Patent") (collectively, and the only claims Plaintiffs elected to assert at trial, the "Asserted Claims") are not invalid and are infringed;

WHEREAS before trial, Plaintiffs elected not to assert any claims of U.S. Patent No. 7,514,444, U.S. Patent No. 8,476,284, U.S. Patent No. 8,497,277, U.S. Patent No. 8,697,711, U.S. Patent No. 8,735,403, U.S. Patent No. 8,754,091, U.S. Patent No. 8,952,015, U.S. Patent No. 8,957,079, U.S. Patent No. 9,181,257, U.S. Patent No. 9,296,753, U.S. Patent No. 10,010,507,

U.S. Patent No. 10,106,548, U.S. Patent No. 10,125,140, and U.S. Patent No. 10,213,386 (collectively the "Unasserted Patents");

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1.      Defendants' filing of ANDA No. 212763 infringes the Asserted Claims;

2.      Defendants' commercial manufacture, use, sale or offer for sale in the United States, or importation into the United States, of Defendants' ANDA Products would infringe the Asserted Claims;

3.      The Asserted Claims are not invalid;

4.      Pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any final approval of Defendants' ANDA Products shall be a date that is not earlier than the date of expiration of each of the '309 Patent, the '090 Patent, the '455 Patent, and the '857 Patent.

5.      Pursuant to 35 U.S.C. § 271(e)(4)(B), Defendants and each of their officers, agents, servants, employees, successors, and attorneys, and all persons and entities acting in concert or participation with them, are enjoined, until the expiration of each of the '309 Patent, the '090 Patent, the '455 Patent, and the '857 Patent from commercially manufacturing, using, selling or offering for sale in the United States, or importing into the United States, Defendants' ANDA Products, except to the extent subsequently (a) agreed upon by Plaintiffs and Defendants or (b) ordered or otherwise permitted by this Court or other tribunal;

6.      Plaintiffs' claims for infringement of the Unasserted Patents, as well as of all claims of the '309 Patent, the '090 Patent, the '455 Patent, and the '857 Patent other than the Asserted Claims, shall be dismissed as moot.

7.     Defendants' counterclaims of non-infringement of the Unasserted Patents, as well as of all claims of the '309 Patent, the '090 Patent, the '455 Patent, and the '857 Patent other than the Asserted Claims, shall be dismissed as moot.

8.     Defendants' counterclaims of invalidity of the Unasserted Patents, as well as of all claims of the '309 Patent, the '090 Patent, the '455 Patent, and the '857 Patent other than the Asserted Claims, shall be dismissed as moot.

9.     Judgment is entered in favor of Plaintiffs and against Defendants.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Pharmacyclics LLC and Janssen Biotech, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ James L. Higgins*

_____
Melanie K. Sharp (#2501)
James L. Higgins (#5021)
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com

*Attorneys for Alvogen Pine Brook LLC and Natco Pharma Ltd.*

August 27, 2021

SO ORDERED this ___ day of August, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE