IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHARMACYCLICS LLC and JANSSEN )
BIOTECH, INC. )
                                                   )        C. A. No.:  19-434-CFC-CJB
        Plaintiffs,                                )
                                                   )
        v.                                         )
                                                   )
ALVOGEN PINE BROOK LLC and         )
NATCO PHARMA LTD.,                         )
                                                   )
        Defendants.                             )

## DEFENDANTS' NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a), notice is hereby given that Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd. (collectively, "Defendants"), appeal to the United States Court of Appeals for the Federal Circuit from this Court's Final Judgment (C.A. No. 19-434 (CFC) (CJB) (D.I. 357)), entered on August 30, 2021, all rulings and orders merged therein, and any and all other appealable prior or underlying orders, opinions, rulings, findings, or conclusions, including the Memorandum Opinion (C.A. No. 19-434 (CFC) (CJB) (D.I. 352)), issued on August 19, 2021.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ James L. Higgins*

OF COUNSEL

PROSKAUER ROSE LLP
Siegmund Y. Gutman
Amir A. Naini
David M. Hanna
Michelle M. Ovanesian*
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
(310) 557-2900

Gourdin W. Sirles
One International Place
Boston, MA 02110-2600
(617) 526-9600

*Admitted to Practice in Delaware
and Washington D. C. Only

Dated:  August 30, 2021

Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com

*Attorneys for Alvogen Pine Brook LLC and Natco Pharma Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

I, James L. Higgins, Esquire, hereby certify that on August 30, 2021, caused

a copy of Defendants' Notice of Appeal to be served on the following counsel of

record in the manner indicated below:

**<u>BY E-MAIL</u>**
Jack B. Blumenfeld
Jeremy A. Tigan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
jblumenfeld@mnat.com
jtigan@mnat.com

**<u>BY E-MAIL</u>**

Christopher N. Sipes
Erica N. Andersen
David A. Garr
Brianne Bharkhda
Chanson Chang
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001-4956
csipes@cov.com
eandersen@cov.com
dgarr@cov.com
bbharkhda@cov.com
cchang@cov.com

*Attorneys for Pharmacyclics LLC*

Irena Royzman
Christine Willgoos
Marcus A. Colucci
Jennifer Liu
Jonathan R. Pepin
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
iroyzman@kramerlevin.com
cwillgoos@kramerlevin.com
mcolucci@kramerlevin.com
jliu@kramerlevin.com
jpepin@kramerlevin.com

Hanna Lee
Daniel Williams
Kramer Levin Naftalis & Frankel LLP
990 Marsh Road
Menlo Park, CA  94025
(650) 752-1700
hlee@kramerlevin.com

ddwilliams@kramerlevin.com

*Attorneys for Janssen Biotech, Inc.*

<u>        */s/ James L. Higgins*        </u>
James L. Higgins (No. 5021)

28524449.1