IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ALVOGEN PINE BROOK LLC and<br>NATCO PHARMA LTD.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 19-434 (CFC) (CJB)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Chanson Chang of COVINGTON & BURLING LLP for Pharmacyclics LLC is hereby withdrawn. Pharmacyclics LLC will continue to be represented by the firms of MORRIS, NICHOLS, ARSHT & TUNNELL LLP and COVINGTON & BURLING LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiffs*

September 8, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 8, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>James L. Higgins, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |
| Siegmund Y. Gutman, Esquire<br>David M. Hanna, Esquire<br>Michelle M. Ovanesian, Esquire<br>Amir A. Naini, Esquire<br>PROSKAUER ROSE LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067-3010<br>*Attorneys for Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |

Gourdin W. Sirles, Esquire  
PROSKAUER ROSE LLP  
One International Place  
Boston, MA  02110  
*Attorneys for Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd.*

*VIA ELECTRONIC MAIL*

/s/ *Jeremy A. Tigan*

_____  
Jeremy A. Tigan (#5239)