IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ALVOGEN PINE BROOK LLC and<br>NATCO PHARMA LTD.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 19-434 (CFC) (CJB)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, pursuant to Federal Rule of Civil Procedure 54(d), any motion for attorney's fees must be filed no later than 14 days after the entry of judgment;

WHEREAS, the Court entered final judgment on August 30, 2021 (D.I. 357);

WHEREAS, Plaintiffs have requested an extension of the deadline to file any motion for attorney's fees, including any motion that the case is exceptional under 35 U.S.C. § 285, until after the issuance of a mandate by the United States Court of Appeals for the Federal Circuit (the "Federal Circuit");

WHEREAS, Defendants do not object to Plaintiffs' request to extend the deadline for any such motion until after the issuance of a mandate by the Federal Circuit;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline to file any motion for an award of attorneys' fees, including any motion that this case is exceptional under 35 U.S.C. § 285, shall be 14 days after the issuance of a mandate by the Federal Circuit on the appeal (*see* D.I. 359-360).

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ James L. Higgins* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Plaintiffs* | Melanie K. Sharp (#2501)<br>James L. Higgins (#5021)<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>msharp@ycst.com<br>jhiggins@ycst.com<br><br>*Attorneys for Defendants* |

September 9, 2021

SO ORDERED, this _____ day of September, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE