IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALVOGEN PINE BROOK LLC and<br>NATCO PHARMA LTD.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 19-434 (CFC) (CJB)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, the U.S. Court of Appeals for the Federal Circuit issued the formal mandate in the appeal of this case on December 22, 2022;

WHEREAS, the deadline to file any motion for an award of attorneys' fees, including any motion that this case is exceptional under 35 U.S.C. § 285, is currently January 5, 2023 (14 days after the issuance of a mandate by the Federal Circuit on the appeal; *see* D.I. 364);

WHEREAS, Plaintiffs have requested an extension of the deadline to file any motion for attorney's fees, including any motion that the case is exceptional under 35 U.S.C. § 285, and a bill of costs to February 6, 2023; and

WHEREAS, Defendants do not object to Plaintiffs' request;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline to file any motion for an award of attorneys' fees, including any motion that this case is exceptional under 35 U.S.C. § 285, and a bill of costs is extended to February 6, 2023.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ James L. Higgins* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com | Melanie K. Sharp (#2501)<br>James L. Higgins (#5021)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>msharp@ycst.com<br>jhiggins@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

December 27, 2022

SO ORDERED, this _____ day of December, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2