IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 19-434 (CFC) (CJB)<br>) |
| ALVOGEN PINE BROOK LLC and<br>NATCO PHARMA LTD., | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of David Denuyl, formerly of COVINGTON & BURLING LLP, as counsel for Plaintiff Pharmacyclics LLC is hereby withdrawn. MORRIS, NICHOLS, ARSHT & TUNNELL LLP and COVINGTON & BURLING LLP will continue to represent Pharmacyclics LLC in this matter.

OF COUNSEL:

Christopher N. Sipes
Erica N. Andersen
Brianne Bharkhda
Nicholas L. Evoy
Justin Thomas Howell
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000

*Attorneys for Pharmacyclics LLC*

January 3, 2023

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiffs Pharmacyclics LLC and Janssen Biotech, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 3, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>James L. Higgins, Esquire<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |
| Siegmund Y. Gutman, Esquire<br>David M. Hanna, Esquire<br>Michelle M. Ovanesian, Esquire<br>Amir A. Naini, Esquire<br>PROSKAUER ROSE LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA  90067-3010<br>*Attorneys for Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |

Gourdin W. Sirles, Esquire                                      *VIA ELECTRONIC MAIL*
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
*Attorneys for Defendants Alvogen Pine*
*Brook LLC and Natco Pharma Ltd.*

 

                                                */s/ Jeremy A. Tigan*

                                                _____
                                                Jeremy A. Tigan (#5239)