IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACYCLICS LLC and | ) | |
| JANSSEN BIOTECH, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-434 (CFC) (CJB) |
| | ) | |
| ALVOGEN PINE BROOK LLC and | ) | |
| NATCO PHARMA LTD., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS PHARMACYCLICS LLC AND JANSSEN BIOTECH, INC.'S
MOTION FOR ATTORNEYS' FEES AND EXPERTS' FEES**

Pursuant to 35 U.S.C. § 285 and the Court's inherent authority, Plaintiffs
Pharmacyclics LLC and Janssen Biotech, Inc. hereby move for an order that this
case is exceptional under the Patent Act and an award of their attorneys' and experts'
fees. The grounds for this motion are set forth in Plaintiffs' Opening Brief and
supporting papers, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

OF COUNSEL:

Christopher N. Sipes
Erica N. Andersen
Brianne Bharkhda
Nicholas L. Evoy
Justin Thomas Howell
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000

*Attorneys for Plaintiffs Pharmacyclics
LLC and Janssen Biotech, Inc.*

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000

*Attorneys for Pharmacyclics LLC*

Irena Royzman
Christine Willgoos
Marcus A. Colucci
Jonathan R. Pepin
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

Hannah Lee
Daniel Williams
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
(650) 752-1700

*Attorneys for Janssen Biotech, Inc.*

February 6, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  C.A. No. 19-434 (CFC) (CJB)<br>) |
| ALVOGEN PINE BROOK LLC and<br>NATCO PHARMA LTD., | )<br>)<br>) |
| Defendants. | )<br>) |

## [PROPOSED] ORDER

At Wilmington this ___ day of _____, 2023, having considered

Plaintiffs Pharmacyclics LLC and Janssen Biotech, Inc.'s Motion for Attorneys'

Fees and Experts' Fees, the parties' submissions filed in connection therewith, and

the applicable law:

IT IS HEREBY ORDERED that:

1.     Plaintiffs' Motion is GRANTED;

2.     The Court finds that this is an exceptional case under 35 U.S.C. § 285;

and

3.     Plaintiffs are awarded their reasonable attorneys' and experts' fees.


_____
Chief United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 6, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 6, 2023, upon the following in the manner indicated:

Melanie K. Sharp, Esquire                                     *VIA ELECTRONIC MAIL*
James L. Higgins, Esquire
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendants Alvogen Pine*
*Brook LLC and Natco Pharma Ltd.*

Siegmund Y. Gutman, Esquire                              *VIA ELECTRONIC MAIL*
David M. Hanna, Esquire
Michelle M. Ovanesian, Esquire
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA  90067-3010
*Attorneys for Defendants Alvogen Pine*
*Brook LLC and Natco Pharma Ltd.*

Gourdin W. Sirles, Esquire                                   *VIA ELECTRONIC MAIL*
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
*Attorneys for Defendants Alvogen Pine*
*Brook LLC and Natco Pharma Ltd.*

*/s/ Jeremy A. Tigan*

_____
Jeremy A. Tigan (#5239)