IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD.,<br><br>Defendants. | C. A. No.: 19-434-CFC-CJB |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs and Defendants, subject to the approval of the Court, that the deadline for the filing of public versions of Plaintiffs' Bill of Costs and accompanying declaration (D.I. 387, 388) and Opening Brief In Support of Plaintiffs' Motion for Attorneys' and Experts' Fees and accompanying declarations (D.I. 390-396) is extended through and including February 20, 2023.

Dated: February 13, 2023

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Jeremy A. Tigan | /s/ James L. Higgins |
| _____ | _____ |
| Jack B. Blumenfeld (No. 1014)<br>Jeremy A. Tigan (No. 5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com | Melanie K. Sharp (No. 2501)<br>James L. Higgins (No. 5021)<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>msharp@ycst.com<br>jhiggins@ycst.com |
| COVINGTON & BURLING LLP<br>Christopher N. Sipes<br>Erica N. Andersen<br>David A. Garr<br>Brianne Bharkhda<br>Eric R. Sonnenschein<br>Nicholas L. Evoy<br>Justin Thomas Howell<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC  20001-4956<br>(202) 662-6000 | PROSKAUER ROSE LLP<br>Siegmund Y. Gutman<br>David M. Hanna<br>Michelle M. Ovanesian*<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA  90067-3010<br>(310) 557-2900<br><br>*Admitted to Practice in Delaware and Washington D.C. Only<br><br>*Attorneys for Alvogen Pine Brook LLC and Natco Pharma Ltd.* |
| Alexa Hansen<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA  94105<br>(415) 591-6000 | |
| *Attorneys for Pharmacyclics LLC* | |
| KRAMER LEVIN NAFTAILS & FRANKEL LLP<br>Irena Royzman<br>Christine Willgoos<br>Cristina L. Martinez | |

Marcus A. Colucci
1177 Avenue of the Americas
New York, NY  10036
(212) 715-9100

Hanna Lee
Daniel Williams
990 Marsh Road
Menlo Park, CA  94025
(650) 752-1700

*Attorneys for Janssen Biotech, Inc.*

        SO ORDERED this _____ day of _____, 2023.

                                              _____
                                          United States District Judge

30119899.1