IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHARMACYCLICS LLC and JANSSEN )
BIOTECH, INC. )
                                   )       C. A. No.: 19-434-CFC-CJB
          Plaintiffs, )
                                     )
             v. )
                                     )
ALVOGEN PINE BROOK LLC and )
NATCO PHARMA LTD., )
                                     )
          Defendants. )

### **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs and

Defendants, subject to the approval of the Court, that the deadline for the filing of

public versions of Plaintiffs' Bill of Costs and accompanying declaration (D.I. 387,

388) and Opening Brief In Support of Plaintiffs' Motion for Attorneys' and

Experts' Fees and accompanying declarations (D.I. 390-396) is extended through

and including February 21, 2023.


Dated: February 20, 2023

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*
_____
Jack B. Blumenfeld (No. 1014)
Jeremy A. Tigan (No. 5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

COVINGTON & BURLING LLP
Christopher N. Sipes
Erica N. Andersen
Brianne Bharkhda
Eric R. Sonnenschein
Nicholas L. Evoy
Justin Thomas Howell
One CityCenter
850 Tenth Street NW
Washington, DC  20001-4956
(202) 662-6000

Alexa Hansen
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105
(415) 591-6000

*Attorneys for Pharmacyclics LLC*

KRAMER LEVIN NAFTAILS & FRANKEL LLP
Irena Royzman
Christine Willgoos
Cristina L. Martinez
Marcus A. Colucci

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ James L. Higgins*
_____
Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com

PROSKAUER ROSE LLP
Siegmund Y. Gutman
David M. Hanna
Michelle M. Ovanesian*
2029 Century Park East, Suite 2400
Los Angeles, CA  90067-3010
(310) 557-2900

*Admitted to Practice in Delaware and Washington D.C. Only

*Attorneys for Alvogen Pine Brook LLC and Natco Pharma Ltd.*

2

1177 Avenue of the Americas
New York, NY  10036
(212) 715-9100

Hannah Lee
Daniel Williams
990 Marsh Road
Menlo Park, CA  94025
(650) 752-1700

*Attorneys for Janssen Biotech, Inc.*

SO ORDERED this _____ day of _____, 2023.


_____
United States District Judge

30137895.1