IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD.,<br><br>Defendants. | C. A. No.: 19-434-CFC-CJB |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs and Defendants, subject to the approval of the Court, that the deadline for Defendants to respond to Plaintiffs' Bill of Costs (D.I. 387) and Motion for Attorneys' and Experts' Fees (D.I. 389) is extended through and including March 23, 2023.

Dated: February 17, 2023

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *Jeremy A. Tigan* | /s/ *James L. Higgins* |
| Jack B. Blumenfeld (No. 1014)<br>Jeremy A. Tigan (No. 5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrinichols.com | Melanie K. Sharp (No. 2501)<br>James L. Higgins (No. 5021)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>msharp@ycst.com<br>jhiggins@ycst.com |
| COVINGTON & BURLING LLP<br>Christopher N. Sipes<br>Erica N. Andersen<br>Brianne Bharkhda<br>Eric R. Sonnenschein<br>Nicholas L. Evoy<br>Justin Thomas Howell<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 20001-4956<br>(202) 662-6000 | PROSKAUER ROSE LLP<br>Siegmund Y. Gutman<br>David M. Hanna<br>Michelle M. Ovanesian*<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067-3010<br>(310) 557-2900<br><br>*Admitted to Practice in Delaware and Washington D.C. Only<br><br>*Attorneys for Alvogen Pine Brook LLC and Natco Pharma Ltd.* |
| Alexa Hansen<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105<br>(415) 591-6000 | |
| *Attorneys for Pharmacyclics LLC* | |
| KRAMER LEVIN NAFTAILS & FRANKEL LLP<br>Irena Royzman<br>Christine Willgoos<br>Cristina L. Martinez<br>Marcus A. Colucci | |

2

1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

Hannah Lee
Daniel Williams
990 Marsh Road
Menlo Park, CA 94025
(650) 752-1700

*Attorneys for Janssen Biotech, Inc.*

SO ORDERED this \_\_\_21st\_\_\_ day of \_\_\_February\_\_\_, 2023.

_____
United States District Judge

30102463.1

3