IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHARMACYCLICS LLC and JANSSEN )
BIOTECH, INC.                          )
                                        )
            Plaintiffs,                 )
                                        )
        v.                              )
                                        )
ALVOGEN PINE BROOK LLC and      )
NATCO PHARMA LTD.,              )
                                        )
            Defendants.                 )

C. A. No.:  19-434-CFC-CJB

## NOTICE OF WITHDRAWAL OF *PRO HAC VICE* COUNSEL

PLEASE TAKE NOTICE that pursuant to Local Rule 83.7, Amir Naini,

formerly of Proskauer Rose LLP, hereby withdraws his appearance as counsel of

record on behalf of Defendants Alvogen Pine Brook, LLC and Natco Pharma Ltd.

("Alvogen") in the above-captioned matter.  Alvogen continues to be represented

by Melanie K. Sharp and James L. Higgins of Young Conaway Stargatt & Taylor,

LLP as well as all counsel of record from Proskauer Rose LLP in this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ James L. Higgins*

Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com

PROSKAUER ROSE LLP
Siegmund Y. Gutman
David M. Hanna
Michelle M. Ovanesian*
2029 Century Park East, Suite 2400
Los Angeles, CA  90067-3010
(310) 557-2900

*Admitted to Practice in Delaware and Washington D. C. Only

*Attorneys for Alvogen Pine Brook LLC and Natco Pharma Ltd.*

Dated: February 23, 2023

30147223.1

2