IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD.,<br><br>Defendants. | C. A. No.: 19-434-CFC-CJB |

**DECLARATION OF DAVID M. HANNA
IN SUPPORT OF DEFENDANTS' ANSWERING BRIEF IN OPPOSITION
TO MOTION FOR ATTORNEYS' FEES AND EXPERT FEES**

I, David M. Hanna, declare as follows:

1. I am an attorney at the law firm of Proskauer Rose LLP, counsel to Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd. ("Defendants") in the above-captioned litigation. I respectfully submit this declaration in connection with Defendants' Answering Brief In Opposition to Motion for Attorneys' Fees and Expert Fees (the "Opposition Brief").

2. Contemporaneously with the filing of the Opposition Brief, Defendants filed an Appendix of Exhibits to Defendants' Answering Brief In Opposition to Motion for Attorneys' Fees and Expert Fees (the "Appendix").

3. I compiled Exhibits A through FF of the Appendix, which are true and correct copies of the documents (or excerpts of documents) described in the

Appendix's Table of Exhibits, with the addition of certain highlights corresponding to citations in the Opposition Brief as well as the addition of page numbers to those exhibits that did not already have them, consistently with Paragraph 14 of the Scheduling Order (D.I. 137).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 23, 2023

David M. Hanna