IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALVOGEN PINE BROOK LLC and<br>NATCO PHARMA LTD.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 19-434 (CFC) (CJB)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Plaintiffs Pharmacyclics LLC and Janssen Biotech, Inc. to file a reply brief in support of their Motion for Attorneys' Fees and Experts' Fees (D.I. 389) is extended to April 6, 2023.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Jeremy A. Tigan* | /s/ *James L. Higgins* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com | Melanie K. Sharp (#2501)<br>James L. Higgins (#5021)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>msharp@ycst.com<br>jhiggins@ycst.com |
| *Attorneys for Plaintiffs Pharmacyclics LLC and Janssen Biotech, Inc.* | *Attorneys for Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd.* |

March 28, 2023

SO ORDERED this 28th day of March, 2023.

_____
Chief United States District Judge