IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and <br> JANSSEN BIOTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALVOGEN PINE BROOK LLC and <br> NATCO PHARMA LTD., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 19-434 (CFC) (CJB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd. to file redacted versions of D.I. 413, 414, and 415 is extended to March 31, 2023.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ James L. Higgins* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com | Melanie K. Sharp (#2501)<br>James L. Higgins (#5021)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>msharp@ycst.com<br>jhiggins@ycst.com |
| *Attorneys for Plaintiffs Pharmacyclics LLC and Janssen Biotech, Inc.* | *Attorneys for Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd.* |

March 30, 2023

SO ORDERED this ____ day of _____, 2023.

_____
Chief United States District Judge