IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHARMACYCLICS LLC and )
JANSSEN BIOTECH, INC., )
                                            )
            Plaintiffs, )
                                            )
      v. ) C.A. No. 19-434 (CFC) (CJB)
                                            )
ALVOGEN PINE BROOK LLC and )
NATCO PHARMA LTD., )
                                            )
            Defendants. )

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the

Court, that the deadline for Defendants Alvogen Pine Brook LLC and Natco Pharma

Ltd. to file redacted versions of D.I. 413, 414, and 415 is extended to March 31,

2023.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Jeremy A. Tigan | /s/ James L. Higgins |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com | Melanie K. Sharp (#2501)<br>James L. Higgins (#5021)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>msharp@ycst.com<br>jhiggins@ycst.com |
| *Attorneys for Plaintiffs Pharmacyclics LLC and Janssen Biotech, Inc.* | *Attorneys for Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd.* |

March 30, 2023


SO ORDERED this **31st** day of **March**, 2023.


_____
Chief United States District Judge