IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ALVOGEN PINE BROOK LLC and<br>NATCO PHARMA LTD.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 19-434 (CFC) (CJB)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF FIRM AFFILIATION

      PLEASE TAKE NOTICE that Irena Royzman, attorney of record for Plaintiff Janssen Biotech, Inc., is now affiliated with the law firm of ORRICK, HERRINGTON & SUTCLIFFE, LLP. Her new contact information is as follows:

      Irena Royzman
      ORRICK, HERRINGTON & SUTCLIFFE, LLP
      Columbia Square
      51 West 52nd Street
      New York, NY  10019-6142
      (212) 506-5000
      iroyzman@orrick.com

                                                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                            */s/ Jeremy A. Tigan*

                                                            Jack B. Blumenfeld (#1014)
                                                            Jeremy A. Tigan (#5239)
                                                            1201 North Market Street
                                                            P.O. Box 1347
                                                            Wilmington, DE  19899
                                                            (302) 658-9200
                                                            jblumenfeld@morrisnichols.com
                                                            jtigan@morrisnichols.com

                                                            *Attorneys for Plaintiffs*

April 19, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 19, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>James L. Higgins, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |
| Siegmund Y. Gutman, Esquire<br>David M. Hanna, Esquire<br>Michelle M. Ovanesian, Esquire<br>PROSKAUER ROSE LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA  90067-3010<br>*Attorneys for Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |

Gourdin W. Sirles, Esquire  *VIA ELECTRONIC MAIL*
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
*Attorneys for Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd.*

                                              */s/ Jeremy A. Tigan*

                                              _____
                                              Jeremy A. Tigan (#5239)