IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and JANSSEN BIOTECH, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 19-434 (CFC) (CJB) ) |
| ALVOGEN PINE BROOK LLC and NATCO PHARMA LTD., | ) ) ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE that Daniel Williams and Christine Willgoos, attorneys of record for Plaintiff Janssen Biotech, Inc., are now affiliated with the law firm of ORRICK, HERRINGTON & SUTCLIFFE, LLP. Their new contact information is as follows:

> Daniel Williams
> ORRICK, HERRINGTON & SUTCLIFFE, LLP
> The Orrick Building
> 405 Howard Street
> San Francisco, CA 94105-2669
> (415) 773-5700
> daniel.williams@orrick.com

> Christine Willgoos
> ORRICK, HERRINGTON & SUTCLIFFE, LLP
> 51 West 52nd Street
> New York, NY 10019-6142
> (212) 506-5000
> cwillgoos@orrick.com

                                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                */s/ Jeremy A. Tigan*

                                                Jack B. Blumenfeld (#1014)
                                                Jeremy A. Tigan (#5239)
                                                1201 North Market Street
                                                P.O. Box 1347
                                                Wilmington, DE 19899
                                                (302) 658-9200
                                                jblumenfeld@morrisnichols.com
                                                jtigan@morrisnichols.com

April 30, 2024                         *Attorneys for Plaintiffs Pharmacyclics LLC and Janssen Biotech, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 30, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>James L. Higgins, Esquire<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |
| Siegmund Y. Gutman, Esquire<br>David M. Hanna, Esquire<br>Michelle M. Ovanesian, Esquire<br>PROSKAUER ROSE LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA  90067-3010<br>*Attorneys for Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd.* | *VIA ELECTRONIC MAIL* |

3

Gourdin W. Sirles, Esquire                          *VIA ELECTRONIC MAIL*
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
*Attorneys for Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd.*

                                               */s/ Jeremy A. Tigan*

                                               _____
                                               Jeremy A. Tigan (#5239)