IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALVOGEN PINE BROOK LLC<br>and NATCO PHARMA LTD.,<br><br>Defendants. | Civil Action No. 19-434-CFC |

## ORDER

At Wilmington on this Thirtieth day of April in 2024:

For the reasons set forth in the Memorandum issued this day, **IT IS HEREBY ORDERED** that Plaintiffs Pharmacyclics LLC and Janssen Biotech, Inc.'s Motion for Attorneys' Fees and Experts' Fees (D.I. 389) **IS DENIED**.

                                                     _____
                                                                    CHIEF JUDGE