**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: ENTRESTO (SACUBITRIL/VALSARTAN) PATENT LITIGATION | ) ) ) ) ) MDL No. 20-2930-LPS |
| NOVARTIS PHARMACEUTICALS CORPORATION, Plaintiff, v. ALKEM LABORATORIES LTD., et al., Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 19-1979-LPS ) ) ) ) ) ) ) |
| NOVARTIS PHARMACEUTICALS CORPORATION, Plaintiff, v. ALEMBIC PHARMACEUTICALS LTD., et al., Defendants. | ) ) ) ) ) ) ) ) C.A. No. 19-2021-LPS ) ) ) ) ) ) ) |
| NOVARTIS PHARMACEUTICALS CORPORATION, Plaintiff, v. DR. REDDYS LABORATORIES, INC., et al., Defendants. | ) ) ) ) ) ) ) ) C.A. No. 19-2053-LPS ) ) ) ) ) ) ) |

ME1 38674508v.2



| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) ) C.A. No. 20-74-LPS |
| v. | ) ) |
| ALEMBIC PHARMACEUTICALS LIMITED, et al., | ) ) ) |
| Defendants | ) ) ) |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) ) C.A. No. 20-415-LPS |
| v. | ) C.A. No. 21-229-LPS ) |
| LUPIN ATLANTIS HOLDINGS, S.A., et al., | ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of **(1) Opening Expert Report of Dr. Alexander M. Klibanov on Infringement by Defendants Alembic Pharmaceuticals Limited and Alembic Pharmaceuticals, Inc. and (2) Opening Expert Report of Francis G. Spinale, MD, PHD, on Infringement by Alembic Pharmaceuticals Limited and Alembic Pharmaceuticals, Inc.** were caused to be served on December 14, 2021 on the following counsel in the manner indicated:

2

ME1 38674508v.2

**VIA EMAIL**

Neal C. Belgam
Eve H. Ormerod
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Ste. 1501
Wilmington, DE 19801
(302) 652-8400
ncb@skjlaw.com
eormerod@skjlaw.com

Amit Singhai
Frank D. Rodriguez
Stuart D. Sender
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Frms
Madison, NJ 07940
(973) 966-3232
asinghai@windelsmarx.com
frodriguez@windelsmarx.com
ssender@windelsmarx.com

*Attorneys for Defendant Alembic Pharmaceuticals Limited
and Alembic Pharmaceuticals, Inc.*

3

ME1 38674508v.2

The undersigned counsel hereby certifies that true and correct copies of **(1) Opening Expert Report of Dr. Alexander M. Klibanov on Infringement by Defendant Alkem Laboratories Ltd. and (2) Opening Expert Report of Francis G. Spinale, MD, PHD, on Infringement by Alkem Laboratories Ltd.** were caused to be served on December 14, 2021 on the following counsel in the manner indicated:

**VIA EMAIL**

Kenneth L. Dorsney
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
(302) 888- 6855
kdorsney@morrisjames.com

Stephen R. Auten
Richard T. Ruzich
Roshan P. Shrestha
Philip Y. Kouyoumdjian
Jane S. Berman
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker, Suite 2800
Chicago, IL 60601
(312) 840-4313
sauten@taftlaw.com
rruzich@taftlaw.com
rshrestha@taftlaw.com
pkouyoumdjian@taftlaw.com
jberman@taftlaw.com

*Attorneys for Defendant Alkem Laboratories Ltd.*

4

ME1 38674508v.2

The undersigned counsel hereby certifies that true and correct copies of **(1) Opening Expert Report of Dr. Alexander M. Klibanov on Infringement by Defendants Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd. and (2) Opening Expert Report of Francis G. Spinale, MD, PHD, on Infringement by Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd.** were caused to be served on December 14, 2021 on the following counsel in the manner indicated:

<u>**VIA EMAIL**</u>

Kenneth L. Dorsney
Cortlan Hitch
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
(302) 888- 6855
kdorsney@morrisjames.com
chitch@morrisjames.com

Steve J. Moore
James E. Nealon
WITHER BERGMAN LLP
1700 East Putnam Avenue, Ste. 400
Greenwich, CT 06870
(203) 302-4100
Steven.moore@witherworlwide.com
James.nealon@withersworldwide.com

*Attorneys for Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc.*

5

The undersigned counsel hereby certifies that true and correct copies of **(1) Opening Expert Report of Dr. Alexander M. Klibanov on Infringement by Defendant Crystal Pharmaceutical (Suzhou) Co., Ltd.; (2) Opening Expert Report of Francis G. Spinale, MD, PHD, on Infringement by Crystal Pharmaceutical (Suzhou) Co., Ltd.; and (3) Opening Expert Report of Adam J. Matzger, Ph.D. Against Crystal Pharmaceutical (Suzhou) Co., Ltd.** were caused to be served on December 14, 2021 on the following counsel in the manner indicated:

## VIA EMAIL

Dominick T. Gattuso
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7311
dgattuso@hegh.law

Scott A. Cunning, II
Elizabeth M. Crompton
PARKER POE ADAMS & BERNSTEIN, LLP
1400 K St., NW, Suite 1000
Washington, DC 20005
(202) 434-9100
scottcunning@parkerpoe.com
elizabethcrompton@parkerpoe.com

C. Kyle Musgrove
PARKER POE ADAMS & BERNSTEIN, LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
(704) 372-9000
kylemusgrove@parkerpoe.com

*Attorneys for Defendant Crystal Pharmaceutical (Suzhou) Co., Ltd.*

ME1 38674508v.2

The undersigned counsel hereby certifies that true and correct copies of **(1) Opening Expert Report of Dr. Alexander M. Klibanov on Infringement by Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.; (2) Opening Expert Report of Francis G. Spinale, MD, PHD, on Infringement by Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.; and (3) Opening Expert Report of Aeri Park, Ph.D., Against Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.** were caused to be served on December 14, 2021 on the following counsel in the manner indicated:

## VIA EMAIL

Stamatios Stamoulis
Richard C. Weinblatt
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Autumn Nero
PERKINS COIE LLP
33 East Main Street, Ste. 201
Madison, WI 53703-3095
(608) 663-7460
anero@perkinscoie.com

Bryan D. Beel
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209
(503) 727-2000
bbeel@perkinscoie.com

7

ME1 38674508v.2

Christopher D. Jones
PERKINS COIE LLP
700 Thirteenth Street, NW, Ste. 600
Washington, DC 20005
(202) 654-6200
cdjones@perkinscoie.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Ltd.
and Dr. Reddy's Laboratories, Inc.*

The undersigned counsel hereby certifies that true and correct copies of **(1) Opening Expert Report of Dr. Alexander M. Klibanov on Infringement by Defendants Hetero USA Inc., Hetero Labs Limited, and Hetero Labs Limited Unit III and (2) Opening Expert Report of Francis G. Spinale, MD, PHD, on Infringement by Hetero USA Inc., Hetero Labs Limited, and Hetero Labs Limited Unit III** were caused to be served on December 14, 2021 on the following counsel in the manner indicated:

**<u>VIA EMAIL</u>**

Neal C. Belgam
Eve H. Ormerod
SMITH, KATZENSTEIN, & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
ncb@skjlaw.com
eormerod@skjlaw.com

8

Dmitry V. Shelhoff
Kenneth S. Canfield
Edward D. Pergament
PERGAMENT & CEPEDA LLP
89 Headquarters Plaza
North Tower, 14th Flr.
Morristown, NJ 07960
(973) 998-7722
dshelhoff@pergamentcepeda.com
kcanfield@pergamentcepeda.com
epergament@pergamentcepeda.com

*Attorneys for Defendants Hetero USA, Inc., Hetero Labs Ltd.
and Hetero Labs Ltd. Unit III*

The undersigned counsel hereby certifies that true and correct copies of **(1) Opening Expert Report of Dr. Alexander M. Klibanov on Infringement by Defendants Biocon Pharma Limited, Biocon Limited, and Biocon Pharma Inc. and (2) Opening Expert Report of Francis G. Spinale, MD, PHD, on Infringement by Biocon Pharma Limited, Biocon Limited, and Biocon Pharma Inc.** were caused to be served on December 14, 2021 on the following counsel in the manner indicated:

**<u>VIA EMAIL</u>**

Kenneth L. Dorsney
Cortlan Hitch
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
(302) 888- 6855
kdorsney@morrisjames.com
chitch@morrisjames.com

Jitendra Malik
KATTEN MUCHIN ROSENMAN LLP
505 South Tryon St., Ste. 2900
Charlotte, NC 28202
jitty.malik@katten.com

9

ME1 38674508v.2

Matthew M. Holub
Jillian M. Schurr
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe St.
Chicago, IL 60661
matthew.holub@katten.com
jillian.schurr@katten.com

Christopher B. Ferenc
KATTEN MUCHIN ROSENMAN LLP
2900 K. Street NW
North Tower-Suite 200
Washington, DC 20007
(202) 625-3647
Christopher.ference@katten.com

*Attorneys for Defendants Biocon Limited,
Biocon Pharma Limited, and Biocon Pharma, Inc.*

The undersigned counsel hereby certifies that true and correct copies of **(1) Opening Expert Report of Dr. Alexander M. Klibanov on Infringement by Defendants Laurus Labs Limited and Laurus Generics Inc. and (2) Opening Expert Report of Francis G. Spinale, MD, PHD, on Infringement by Laurus Labs Limited and Laurus Generics Inc.** were caused to be served on December 14, 2021 on the following counsel in the manner indicated:

**<u>VIA EMAIL</u>**

Adam Wyatt Poff
Beth A. Swadley
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
bswadley@ycst.com

Nirav N. Desai
Dennies Varughese
Joseph H. Kim
STERNE, KESSLER, GOLDSTEIN & FOX, PLLC
1100 New York Ave., NW, Suite 600
Washington, DC 20005
(202) 371-2600
ndesai@sternekessler.com
dvarughese@sternekessler.com
josephk@sternekessler.com

*Attorneys for Defendants Laurus Labs Limited and Laurus Generics Inc.*

The undersigned counsel hereby certifies that true and correct copies of **(1) Opening Expert Report of Dr. Alexander M. Klibanov on Infringement by Defendants Lupin Atlantis Holdings, S.A., Lupin Limited, Lupin Inc., and Lupin Pharmaceuticals, Inc. and (2) Opening Expert Report of Francis G. Spinale, MD, PHD, on Infringement by Lupin Atlantis Holdings, S.A., Lupin Limited, Lupin Inc., and Lupin Pharmaceuticals, Inc.** were caused to be served on December 14, 2021 on the following counsel in the manner indicated:

### VIA EMAIL

Frederick L. Cottrell, III
Alexandra M. Ewing
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 N. King Street, Suite 600
Wilmington, DE 19801
(302) 651-7898
cottrell@rlf.com
ewing@rlf.com

11

ME1 38674508v.2

William R. Zimmerman
Andrea L. Cheek
Catherine R. Gourash
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Ave., NW., Ste. 900
Washington, DC 20006
(202) 640-6400
bill.zimmerman@knobbe.com
andrea.cheek@knobbe.com
2czg@knobbe.com

Carol Pitzel Cruz
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Avenue, Ste. 2500
Seattle, WA 98104
(206) 405-2000
carol.pitzel.cruz@knobbe.com

*Attorneys for Defendants Lupin Atlantis Holdings, S.A., Lupin Limited, Lupin Inc. and Lupin Pharmaceuticals, Inc.*

The undersigned counsel hereby certifies that true and correct copies of **(1) Opening Expert Report of Dr. Alexander M. Klibanov on Infringement by Defendants Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc. and (2) Opening Expert Report of Francis G. Spinale, MD, PHD, on Infringement by Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.** were caused to be served on December 14, 2021 on the following counsel in the manner indicated:

## VIA EMAIL

John M. Seaman
April M. Kirby
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
(302) 778-1000
seaman@abramsbayliss.com
akirby@abramsbayliss.com

12

ME1 38674508v.2

A. Neal Seth
Corey Weinstein
WILEY
1776 K St., NW
Washington, DC 20036
(202) 719-7000
nseth@wiley.law
cweinstein@wiley.law

*Attorneys for Defendants Macleods Pharmaceuticals Ltd.*
*and Macleods Pharma USA, Inc.*

The undersigned counsel hereby certifies that true and correct copies of **(1) Opening Expert Report of Dr. Alexander M. Klibanov on Infringement by Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited and (2) Opening Expert Report of Francis G. Spinale, MD, PHD, on Infringement by MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited** were caused to be served on December 14, 2021 on the following counsel in the manner indicated:

## VIA EMAIL

Stamatios Stamoulis
Richard C. Weinblatt
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

13

ME1 38674508v.2

Ronald M. Daignault
Oded Burger
Richard Juang
DAIGNAULT IYER LLP
8618 Westwood Center Drive, Ste. 150
Vienna, VA 22182
rdaignault@daignaultiyer.com
oburger@daignaultiyer.com
rjuang@daignaultiyer.com

*Attorneys for Defendants MSN Laboratories Private Limited, MSN Life Sciences Pvt. Ltd., and MSN Pharmaceuticals Inc.*

The undersigned counsel hereby certifies that true and correct copies of **(1) Opening Expert Report of Dr. Alexander M. Klibanov on Infringement by Defendant Mylan Pharmaceuticals, Inc.; (2) Opening Expert Report of Francis G. Spinale, MD, PHD, on Infringement by Mylan Pharmaceuticals, Inc.; and (3) Opening Expert Report of Adam J. Matzger, Ph.D. Against Mylan Pharmaceuticals, Inc.** were caused to be served on December 14, 2021 on the following counsel in the manner indicated:

**<u>VIA EMAIL</u>**

David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
Wilmington, DE 19899-0951
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

14

ME1 38674508v.2

Robert L. Florence
Crystal Regan
PARKER POE ADAMS & BERNSTEIN LLP
1075 Peachtree Street, N.E., Suite 1500
Atlanta, GA 30309
(678) 690-5704
robertflorence@parkerpoe.com
crystalregan@parkerpoe.com

Tasneem A. Dharamsi
PARKER POE ADAMS & BERNSTEIN LLP
110 East Court Street
Suite 200
Greenville, SC 29601
(864) 577-6370
tasneemdharamsi@parkerpoe.com

*Attorneys for Defendant Mylan Pharmaceuticals Inc.*

The undersigned counsel hereby certifies that true and correct copies of **(1) Opening Expert Report of Dr. Alexander M. Klibanov on Infringement by Defendant Teva Pharmaceuticals USA, Inc.; (2) Opening Expert Report of Francis G. Spinale, MD, PHD, on Infringement by Teva Pharmaceuticals USA, Inc; and (3) Opening Expert Report of Adam J. Matzger, Ph.D. Against Teva Pharmaceuticals USA, Inc.** were caused to be served on December 14, 2021 on the following counsel in the manner indicated:

**<u>VIA EMAIL</u>**

John W. Shaw
Karen E. Keller
Nathan R. Hoeschen
SHAW KELLER LLP
1105 North Market Street, 12th Floor
Wilmington, DE 19801
302-298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com

15

ME1 38674508v.2

Leora Ben-Ami
Mira Mulvany
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

The undersigned counsel hereby certifies that true and correct copies of **(1) Opening Expert Report of Dr. Alexander M. Klibanov on Infringement by Defendants Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. and (2) Opening Expert Report of Francis G. Spinale, MD, PHD, on Infringement by Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.** were caused to be served on December 14, 2021 on the following counsel in the manner indicated:

## VIA EMAIL

Neal C. Belgam
Eve H. Ormerod
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Ste. 1501
Wilmington, DE 19801
(302) 652-8400
nbelbam@skjlaw.com
eormerod@skjlaw.com

16

ME1 38674508v.2

Dmitry V. Shelhoff
Kenneth S. Canfield
Edward D. Pergament
PERGAMENT & CEPEDA LLP
89 Headquarters Plaza
North Tower, 14th Flr.
Morristown, NJ 07960
(973) 998-7722
dshelhoff@pergamentcepeda.com
kcanfield@pergamentcepeda.com
epergament@pergamentcepeda.com

*Attorneys for Defendants Torrent Pharma, Inc.*
*and Torrent Pharmaceuticals, Ltd.*

The undersigned counsel hereby certifies that true and correct copies of **(1) Opening Expert Report of Dr. Alexander M. Klibanov on Infringement by Defendants Zydus Pharmaceuticals (USA) Inc. & Cadila Healthcare Ltd.; (2) Opening Expert Report of Francis G. Spinale, MD, PHD, on Infringement by Zydus Pharmaceuticals (USA) Inc. & Cadila Healthcare Ltd.; and (3) Opening Expert Report of Adam J. Matzger, Ph.D. Against Zydus Pharmaceuticals (USA) Inc. & Cadila Healthcare Ltd.** were caused to be served on December 14, 2021 on the following counsel in the manner indicated:

**<u>VIA EMAIL</u>**

Adam Wyatt Poff
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

17

ME1 38674508v.2

Michael J. Gaertner
James T. Peterka
Nina Vachhani
LOCKE LORD LLP
11 South Wacker Dr.
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
jpeterka@lockelord.com
nvachhani@lockelord.com

Zhibin Li
LOCKE LORD LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281-2101
T: 212-415-8600
Zhibin.li@locklord.com

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited*

Dated:  December 15, 2021

OF COUNSEL:

Nicholas N. Kallas
Christina Schwarz
Christopher E. Loh
Susanne L. Flanders
Jared L. Stringham
Shannon K. Clark
Laura K. Fishwick
Gregory J. Manas
VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
*nkallas@venable.com*
*cschwarz@venable.com*
*cloh@venable.com*
*slflanders@venable.com*
*jlstringham@venable.com*
*skclark@venable.com*
*lfishwick@venable.com*
*gjmanas@venable.com*

MCCARTER & ENGLISH, LLP

By: /s/ *Alexandra M. Joyce*
　　Daniel M. Silver (#4758)
　　Alexandra M. Joyce (#6423)
　　Renaissance Centre
　　405 N. King Street, 8th Floor
　　Wilmington, Delaware 19801
　　(302) 984-6300
　　*dsilver@mccarter.com*
　　*ajoyce@mccarter.com*

　　*Attorneys for Plaintiff Novartis*
　　*Pharmaceuticals Corporation*

18

ME1 38674508v.2